O

# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK JEVON JOHNSON, CHARLES EVERETT (aka CHARLY EVERETT), FRANK EKEJIJA, AND NVC FUND, LLC<br><br>　　　　　Defendants. | Case № 2:20-cv-8985-ODW (DFMx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT FRANK EKEJIJA'S AFFIDAVIT [39]; AND**<br>**GRANTING PLAINTIFF'S MOTION TO STRIKE AND/OR DISMISS DEFENDANT PATRICK JEVON JOHNSON'S CROSS-CLAIMS [40]** |

　　Before the Court are Plaintiff Securities and Exchange Commission's Motion to Strike Defendant Frank Ekejija's Affidavit (ECF No. 39) and Motion to Strike and/or Dismiss Defendant Patrick Jevon Johnson's Cross-Claims (ECF No. 40).  After carefully considering the papers filed in connection with the motions, the Court deems the matters appropriate for decision without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.  Accordingly, the Court **VACATES** the hearing on the motions on February 1, 2021.

Local Rule 7-9 requires an opposing party to file an opposition to a motion not later than twenty-one days before the designated hearing date. C.D. Cal. L.R. 7-9. A party that does not file an opposition may be deemed to consent to the granting of the motion. C.D. Cal. L.R. 7-12; *see Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (upholding district court's dismissal of plaintiff's complaint based on failure to oppose motion as required by local rules). Before granting a motion, the court must weigh: (1) the public interest in expeditious resolution of cases, (2) the court's need to manage its docket, (3) the risk of prejudice to defendants, (4) public policy favoring disposition of cases on the merits, and (5) the availability of less drastic measures. *Id.* at 53. A court is not required to consider these factors explicitly. *Ismail v. Cnty. of Orange*, No. SACV 10-00901 VBF (AJW), 2012 WL 12964893, at *1 (C.D. Cal. Nov. 7, 2012); *accord Malone v. U.S. Postal Serv.*, 833 F.2d 128, 129 (9th Cir. 1987), *cert. denied*, 488 U.S. 819 (1988)). In *Ghazali*, the Ninth Circuit found these factors satisfied where the plaintiff received notice of the motion to dismiss and had "ample opportunity to respond." *See Ghazali*, 46 F.3d at 54.

Here, Plaintiff noticed the motions for hearing on February 1, 2021. Therefore, Defendant Ekejija's and Defendant Johnson's opposition papers were due on January 11, 2021. The time to oppose has expired and the Court has received no oppositions from Defendant Ekejija or Defendant Johnson. Defendants received notice of the motions and had opportunity to respond, but have failed to do so. Accordingly, the Court deems Defendants' failure to timely oppose as consent to granting the motions. Further, the Court has considered the *Ghazali* factors enumerated above and is convinced of the propriety of granting the motions.

Accordingly, pursuant to Local Rule 7-12 and *Ghazali*, the Court **GRANTS** Plaintiff's Motion to Strike Defendant Ekejija's Affidavit (ECF No. 39) and **GRANTS** Plaintiff's Motion to Strike and/or Dismiss Defendant Johnson's Cross-Claims (ECF No. 40). Defendant Johnson's Cross-Claims are hereby **STRICKEN** from the record. Defendant Frank Ekejija's Affidavit is hereby

**STRICKEN** from the record.  Defendant Ekejija is **ORDERED** to file and serve an Answer that complies with the Federal Rules of Civil Procedure, including Rule 8, **by February 15, 2021**.  **The Court must receive Defendant Ekejija's responsive pleading by this deadline for it to be timely**.  Failure to timely and adequately respond may subject Defendant Ekejija to default and/or default judgment, or other sanctions.

Defendants are advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions. The Los Angeles Clinic operates by appointment only.  You may schedule an appointment either by calling the Clinic or by using an internet portal.  You can call the Clinic at (213) 385-2977, ext. 270, or you can submit an internet request at: http://prose.cacd.uscourts.gov/los-angeles  or  http://www.publiccounsel.org.  Clinic staff can respond to many questions with a telephonic appointment or through your email account.

**IT IS SO ORDERED.**

January 25, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**