O

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case № 2:20-cv-08985-ODW (DFMx) |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CHARLES EVERETT [43]** |
| v. | |
| PATRICK JEVON JOHNSON, CHARLES EVERETT (aka CHARLY EVERETT), FRANK EKEJIJA, AND NVC FUND, LLC | |
| Defendants. | |

Attorney Robert Amador seeks leave to withdraw as counsel of record for Defendant Charles Everett in the above-captioned case pursuant to Local Rule 83-2.3.2. (Mot., ECF No. 43.) The Motion stands unopposed. After considering the papers filed in connection with the Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Accordingly, the Court **VACATES** the hearing on February 22, 2021, at 1:30 p.m.

Attorney Amador submits the declaration of Defendant Everett, in which Everett consents to Attorney Amador's withdrawal. (Decl. of Charles Everett ¶ 5, ECF No. 43-2.) Everett indicates his desire to "relieve Mr. Amador as counsel of record and proceed in pro per." (*Id.*) In light of Defendant Everett's consent and the lack of opposition to the withdrawal from any other party, the Court finds that Mr. Amador has established good cause for the withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party.

**IT IS HEREBY ORDERED** that Robert Amador's motion to withdraw as counsel of record for Defendant Charles Everett is **GRANTED**.

1. Mr. Amador shall immediately serve Defendant Everett with a copy of this Order and file a proof of such service with the Court.

2. Mr. Amador shall file with the Court a "(Proposed) Order on Request for Approval of Substitution or Withdrawal of Counsel," G-01 Order, available on the Court's website, providing Everett's contact information, including his mailing address, e-mail address, and telephone number, **within five days** of the date of this Order. **Withdrawal will not be effective until the (Proposed) G-01 Order is filed.**

3. Everett may either continue pro se or retain new counsel. If Everett does not retain new counsel, he shall represent himself pro se by default. If Everett proceeds pro se, he must comply with all Court Orders, the Local Rules, and the Federal Rules of Civil Procedure.[1]

---

[1] The Local Rules are available at http://www.cacd.uscourts.gov/court-procedures/local-rules. The Court may not provide legal advice to any party, including pro se litigants. Defendant Everett is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions. The Los Angeles Clinic operates by appointment only. You may schedule an appointment either by calling the Clinic or by using an internet portal. You can call the Clinic at (213) 385-2977, ext. 270, or you can submit an internet request at: http://prose.cacd.uscourts.gov/los-angeles or http://www.publiccounsel.org. Clinic staff can respond to many questions with a telephonic appointment or through your email account.

*See* C.D. Cal. L.R. 83-2.2.3.   **Non-compliance with Court Orders may result in the imposition of sanctions.**

**IT IS SO ORDERED.**

February 18, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**