PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

**UNITED STATES OF AMERICA (USC TITLE 28 SECTION 3002 §§ 15(A), DUNS # 052714196)**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Patrick Johnson | ) |
| PATRICK JOHNSON | ) |
| 1409 South Lamar Suite 816 | ) |
| Dallas, Texas | ) |
| Zip Code Exempt, (DMSR 122.32) | ) |
| Non-Domestic, Real Land North America | ) Alleged Case No. 2:20-cv-08985 |
| Creditors | ) |
| | ) |
| vs. | ) **$1,470,000,000 CLAIM AGAINST** |
| | ) **THE AGENTS OF THE SECURITIES** |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ) **AND EXCHANGE COMMISSION,** |
| SECURITIES AND EXCHANGE COMMISSION, | ) **DUNS: 003475175, REGARDING** |
| Michael R. of the Sew Hoy House, MICHAEL R. SEW | ) **TRESPASS BY DEPRIVATION OF** |
| HOY (Cal. Bar No. 243391), Roberto A. of the | ) **RIGHTS UNDER COLOR OF LAW,** |
| Tercero House, ROBERTO A. TERCERO (Cal. Bar | ) **OPERATING WITH UNCLEAN** |
| No. 143760), Manuel of the Vazquez House, | ) **HANDS, VIOLATION OF FOREIGN** |
| MANUEL VAZQUEZ (Cal. Bar No. 295576) | ) **AGENT REGISTRATION ACT OF** |
| Michele Wein Layne, Regional Director | ) **1938** |
| Katherine E. Zoladz, Associate  Regional Director | ) |
| Amy J. Longo, Regional Trail Counsel | ) |
| 350 W 1st Street, Suite 4311 | ) |
| Los Angeles, CA 90012-4565 | ) |
| Debtors | ) |

FILED
CLERK, U.S. DISTRICT COURT

**5/30/21**

CENTRAL DISTRICT OF CALIFORNIA
BY:    SE        DEPUTY

**$1,470,000,000 CLAIM AGAINST THE AGENTS OF THE SECURITIES AND EXCHANGE COMMISSION, DUNS: 003475175, REGARDING TRESPASS BY DEPRIVATION OF**

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

**RIGHTS UNDER COLOR OF LAW, OPERATING WITH UNCLEAN HANDS, VIOLATION OF FOREIGN AGENT REGISTRATION ACT OF 1938**

Comes now, Patrick Jevon Johnson, PATRICK JOHNSON, (Creditor) to restore honor and settle the matter of the inflammatory assault by and from the SECURITIES AND EXCHANGE COMMISSION, Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Michele Wein of the Layne Family, Katherine E. Zoladz, Associate Regional Director, Katherine E. of the Zoladz Family, Amy J. Longo, Regional Trial Counsel, and Amy J. of the Longo Family (Debtor(s)).

Our claim is simple and clear, the Debtors have failed to name an injured party. The Debtors have also failed to produce any contract between the Creditor and any of the Debtors demonstrating consent by the creditors for this assault, which has proved costly to the Creditors who the Debtors allege are Defendants. The costs are monetary, loss of time, damaged reputation as well as emotional pain and mental anguish.

This claim against the SECURITIES AND EXCHANGE COMMISSION, THE U.S. SECURITIES AND EXCHANGE COMMISSION, Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family, MANUEL (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Michele Wein of the Layne Family, Katherine E. Zoladz, Associate Regional Director, Katherine E. of the Zoladz Family, Amy J. Longo, Regional Trial Counsel, and Amy J. of the Longo Family is for the monetary amount of One Billion Four Hundred Seventy Million USD to repair the damage inflicted on the Creditors.

Regarding the Debtors' complaints, the Creditor asserts that the complaints are void ab initio, and the Creditors declare and proclaim the following:

**JURISDICTION AND VENUE**

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

The UNITED STATES is a Federal Corporation per USC Title 28 Section 3002 §§ 15(A), and the SECURITIES AND EXCHANGE COMMISSION is an entity created by the UNITED STATES, USC Title 28 Section 3002 §§ 15(B).

Secondly, the Foreign Agent Registration Act of 1938 has severe implications for the agents and attorneys of the SECURITIES AND EXCHANGE COMMISSION AND THE U.S. SECURITIES AND EXCHANGE COMMISSION.

NVC Fund, LLC. is not a publicly-traded company under the jurisdiction of the SECURITIES AND EXCHANGE ACT of 1933.

The NVC Fund Holding Trust is a private trust and therefore operates under the common law and not a statutory creation.

### QUANDARY AND SOLUTION FOR THE COURT

The context herein mentioned creates a dense context for iniquity which is foisted on the MAGISTRATES, CLERKS OF COURT, and other COURT OFFICIALS, AGENTS, and EMPLOYEES.  This context greatly facilitates sin, which magistrates, clerks of court, and other court officials, agents, and employees find themselves trapped, tricked, and cajoled into.  A victim's response to sin is on a continuum of two extremes from grace to mercy, from judgment to punishment.  In this case, Patrick Jevon of the Johnson Family and his estate are the victims.

I, General Executor Patrick Jevon Johnson, living breathing son of the Almighty Creator of Heaven and Earth chose to inject divinity by offering grace and mercy enough to meet and settle this matter.

My fruit meet for mercy is my conditional reservation of my right to waive the claims pursuant to the Foreign Agent Registration Act of 1938 against the COURT, the condition being dismissal and closure of this frivolous case.  My fruit meet for grace is my choice to offer this opportunity to cure.

### THE INJURY

The Debtors are causing injury to the Creditors by 1) interrupting the flow of commerce, 2) inhibiting performance of contractual obligations, 3) Making public defamatory statements about the Creditors for the purpose of steering potential investors and customers away from the Creditors and the recipients of the NVC investments and 4) Purposefully blocking the recipients from honoring

PJJ-00001-5-SEC

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

67  their obligations of Seventy Million Dollars USD ($70,000,000) per year for the last three (3) years
68  to the Creditor for a total of Two Hundred Ten Million Dollars USD ($210,000,000) already.
69
70  Patrick Jevon Johnson suffered significant, unnecessary emotional distress and mental anguish
71  because trading was halted for more than three years yet the alleged Plaintiffs have not produced an
72  injured party nor a breached contract between the alleged Plaintiffs and the alleged Defendants.
73
74  The syntax of the Debtors' continuous publications and statements are written in a way that strongly
75  induces public doubt about the credibility of the value of the creditors' enterprises.
76
77  The Debtor's attorneys also secretly created a trust and named that trust something like the names of
78  the alleged defendants to intentionally deceive the Creditors into unknowingly, unwillingly, and
79  involuntarily assume fiduciary responsibility. The Creditors flatly reject any fiduciary responsibility
80  for any undisclosed trust created by the Attorneys who are also claiming testifying as witnesses.
81
82  The Creditor has, in hopes to stop the trespassing and for the sake of honor and transparency,
83  delivered to the Debtors professional audit reports affirming the valuation of Creditor's assets
84  instruments and associate entities. While "audits" are typically conducted at the end of the year, the
85  professional review *(audit)* was conducted to give an accurate accounting of the Creditor's assets
86  midyear with the full. Black's Law Dictionary published in 1891 describes AUDIT as follows:
87  *"AUDIT. As a verb, to make an official investigation and examination of accounts and vouchers. As*
88  *a noun; the process of auditing accounts; the hearing and investigation before an auditor."*
89
90  To maintain our honor, which is paramount in commerce, the Creditor delivered to the Debtors the
91  certified reports, which accurately meet the criteria of an audit. Our comprehension of an audit is as
92  follows:
93     Audit means:
94  a.   (a) An audience, a hearing
95  b.   (a) An examination in general; a judicial examination
96  c.   (a) The result of such an examination, or an account as adjusted by auditors, final
97  account
98  d.   (a) A general receptacle or receiver
99

PJJ-00001-5-SEC

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

100   e.   (v.t.) To examine and adjust, as an account or accounts, as to audit the accounts of a

        treasure, or of parties who have a suit depending in court.

101   f.   (v) to settle or adjust an account

102   We are clear that when the UNITED STATES OF AMERICA (minor), its agents or agencies says, in

103   writing that its created ens legis owes debts, the UNITED STATES OF AMERICA (minor), its agents

        or agencies are obligated to settle all legitimate debts, public and private, dollar for dollar pursuant to

104   U.S. CONGRESS'S House Joint Resolution 193 of 5 June 1933.  2 Corinthians 8:12 directs the

        following "For if there be first a willing mind, it is accepted according to that a man hath, and not

105   according to that he hath not."  Patrick Jevon of the Johnson House, PATRICK JOHNSON reserves

        all rights, without prejudice and do not consent to nor submit to any unilateral, undisclosed nor color

106   of law contracts and/or obligation, et al.  Patrick Jevon of the Johnson house does not ever consent

        to his natural body being used as surety for any ens legis debts.

107   NVC FUND HOLDING TRUST'S certified accounting and asset audits were performed by Standard

        and Partners, a Certified Public Accounting firm, which the Debtors have deposed regarding this

108   matter.  The Debtors have nor rebutted the report regarding the NVC Fund Holding Trust assets.

        NVC Fund, LLC. fully and knowingly accepts the economic risks associated with its investments in

109   dollar amounts only.  The actions of the companies receiving the investments and their agents are

        responsible of the companies and their agents, and specifically not the responsibility of NVC FUND

110   HOLDING TRUST.

111   The NVC FUND financial statements audit were knowingly, willingly, and voluntarily performed as

112   a matter of prudent business practice.  The statements properly affirm the true valuation of the assets.

113   The SECURITIES AND EXCHANGE COMMISSION and its AGENTS either know the value of the

        NVC FUND HOLDING TRUST assets and choose to deceive the public by publicly saying the

114   valuation is false with no clear evidence or are reckless for not knowing.

115   The Creditors' reviews, which are synonymous with audits, were knowingly, willingly, and

        voluntarily procured which properly and truthfully affirms the accurate valuation of our assets.

116

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

The SECURITIES AND EXCHANGE COMMISSION and its AGENTS have knowingly, willingly, and voluntarily defamed the character of Patrick Jevon of the Johnson House, PATRICK JOHNSON the ens legis and NVC Fund, LLC. by use of semantics deceit over the synonyms of audit and review to steer investors and customers away from the Creditor's economic ventures.

42 U.S.C. Subsection 1983 imposes liability on anyone who, under the color of state law, deprives us "of any rights, privileges or immunities secured by the Constitution and laws." And that "ANY" is used to refer to one or some of a thing or a number of things, no matter how much or many. All we must do is prove that we were deprived of ONE right.

### False and Misleading Public Statements to Damage the reputation of the U.S. Citizens 28 U.S. Code § 4101 (6)

The Debtors have intentionally interrupted the flow of commerce and damaged the reputation of the NVC Fund, LLC, and PATRICK JOHNSON the ens legis as well as the natural man Patrick Jevon of the Johnson House by publicly saying the valuation is false because the certified public accountants referred to the "audit" with the synonym "review." NVC Fund Holding Trust's accounting and asset audits were performed by Standard and Partners, a Certified Public Accounting firm. NVC Fund Holding Trust fully accepts the economic risks associated with the investments in dollar amounts only. The actions of the companies receiving the investments and their agents are the responsibilities of the companies and their agents, and specifically not the responsibility of NVC Fund Holding Trust.

NVC Fund Holding Trust has acquiescence from the SECURITIES AND EXCHANGE COMMISSION and the UNITED STATES COURTS in that no words, written or spoken have clearly nor effectively expressed why the data in the valuations of the NVC Fund Holding Trust's assets are false nor why the SECURITIES AND EXCHANGE COMMISSION state and publish the term "dubious premise." The Debtors' purpose for stopping business is not clearly justified and filled with loquacious ambiguity. Defamation of character is clear, and evidence suggests that the intention of the Debtors was to interrupt the flow of commerce and damage the reputation of the Creditors. In this case, defamation is the use of libel and slander.

John Bouvier's Revised 1856 Law Dictionary describes Libel as follows: *LIBEL, libelous, criminal law. A malicious defamation expressed either in printing or writing or by signs or pictures, tending*

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

*to blacken the memory of one who is dead (including Corporations, which are dead things), with intent to provoke the living; or the reputation of one who is alive, and to expose him to public hatred, contempt, or ridicule. Hawk. b. 1, c. 73, s. 1; Wood's Inst, 444; 4 Bl. Com. 150; 2 Chitty, Cr. Law, 867; Holt on Lib. 73; 5 Co. 125; Salk. 418; Ld. Rgym. 416; 4. T. R. 126; 4 Mass. R. 168; 9 John. 214; 1 Den. Rep. 347; 2 Pick. R. 115; 2 Kent, Com.*

John Bouvier's Revised 1856 Law Dictionary also describes Slander as follows: **SLANDER,** *torts. The defaming a man in his reputation by speaking or writing words which affect his life, office, or trade, or which tend to his loss of preferment in marriage or service, or in his inheritance, or which occasion any other damage. Law of Nisi Prius, 3. In England, if slander is spoken of a peer or other great men, it is called Scandalum Magnatum. Falsity and malice are ingredients of slander. Bac. Abr. Slander. Written or printed slanders are libels; see that word.*

*2. Here it is proposed to treat verbal slander only, which may be considered with reference to, 1st. The nature of the accusation. 2d. The falsity of the charge. 3d. The mode of publication. 4th. The occasion; and 5th. The malice or motive of the slander.*

*3. - §1. Actionable words are of two descriptions: first, those actionable in themselves, without proof of special damages, and, secondly, those actionable only in respect of some actual consequential damages.*

It is a consistent practice of UNITED STATES OF AMERICA (minor) institutions and their agents to marginalize, negate and criminalize the progressive actions of "black and brown" people.  In this case, the Debtors, by the imposition of colorable laws, are behaving in ways that closely approximate the patterns of racial bias against the Creditors as well as the recipients of the investments who wear melanin enriched skin given them by the Almighty Creator and no other clear reason, ie, an injured party or a contract breach by Patrick Johnson et al.

The SECURITIES AND EXCHANGE COMMISSION and its AGENTS either know the value of the NVC Fund Holding Trust assets and choose to deceive the public by saying the valuation is somehow false or are reckless for not knowing.

42 U.S.C. Subsection 1983 imposes liability on anyone who, under the color of state law, deprives us "of any rights, privileges or immunities secured by the Constitution and laws."  And that "ANY"

PJJ-00001-5-SEC

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

14
9     is used to refer to one or some of a thing or a number of things, no matter how much or many. All
      we must do is prove that we were deprived of one right.
15
0                    **Fraud in operating with Unclean Hands, Unilateral Contracts and Trust Law**
15    Sew Hoy, Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero A., Roberto,
1     ROBERTO A. TERCERO (Cal. Bar No. 143760) Vazquez, Manuel and MANUEL VAZQUEZ (Cal.
15    Bar No. 295576) have created a trust associated with Case 2:20-cv-08985 which they are completely
2     responsible for and will retain fiduciary responsibility as Trustees. This includes and is not limited to
15    Sew Hoy, Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero A., Roberto,
3     ROBERTO A. TERCERO (Cal. Bar No. 143760) Vazquez, Manuel and MANUEL VAZQUEZ (Cal.
15    Bar No. 295576) paying all fees, fines, taxes, penalties, etc. associated with their trust. Neither
4     Patrick Jevon of the Johnson House, PATRICK JOHNSON nor the NVC FUND HOLDING TRUST
15    assumes nor accepts any fiduciary responsibility for the trust(s) created by Sew Hoy, Michael R.,
5     MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero A., Roberto, ROBERTO A. TERCERO
15    (Cal. Bar No. 143760) Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576)
6     associated with Case 2:20-cv-08985, ad infinitum.
15
7                                            **THE DEBTORS**
15    The Debtors are collectively and separately the UNITED STATES OF AMERICA (minor) and its
8     subsidiaries et al, U.S. SECURITIES AND EXCHANGE COMMISSION, SECURITIES AND
15    EXCHANGE COMMISSION, Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar
9     No. 243391), Roberto A. of the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760),
16    Manuel of the Vazquez Family, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne,
0     Regional Director, Michele Wein of the Layne Family, Katherine E. Zoladz, Associate Regional
16    Director, Katherine E. of the Zoladz Family, Amy J. Longo, Regional Trial Counsel and Amy J. of
1     the Longo Family (Debtors).
16
2                                          **RELATED ENTITIES**
16    The COURTS of the UNITED STATES OF AMERICA (minor) are commercial entities governed by
3     the Uniform Commercial Codes and that also perform undisclosed banking functions. This includes
16    the UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA which employs
4     men and women who swear an oath to uphold the Constitution of the United States of America
      (major). Kiry K. of the Gray House, Kiry K. Gray CLERK OF COURT, Otis of the Wright House dba

PJJ-00001-5-SEC                                                                    8 | Page of 18

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

JUDGE OTIS WRIGHT and Phillip S. of the Gutierrez House, Phillip S. Gutierrez CHIEF JUDGE are among those oathed employees

## THE ALLEGATIONS

UNITED STATES OF AMERICA (minor) et al, the UNITED STATES OF AMERICA (minor) commissioned SECURITIES AND EXCHANGE COMMISSION and its agents are incompetently declaring that the certified examination of NVC Fund Holding Trust's assets, books, etc. are not audited because the certified report uses the "AUDIT" synonym "Review", this is misleading and inflammatory. Oxford Languages clearly states the following as synonyms for the word "audit:" 1. **Review**, 2. Examine, 3. Survey, 4. Scrutinize, 5. Probe, 6. Go through, 7. Inspect, 8. Vet, 9. Assess, 10. Appraise, 11. Evaluate, 12. Analyze, 13. Peruse.

To proclaim that a review is not an audit is incompetent, divisive, misleading, and deprivation of the rights of free speech under the color of law. These actions are consistent with the well-documented discriminatory practices against the peoples of the world who are labeled Blacks, Coloreds, African Americans, Indians, Africans, and Ethiopians. These types of negating, discriminatory aggressions by LAW ENFORCEMENT AGENCIES AND AGENTS are listed in the books entitled "From Here to Equality" by Dr. William Darity and "White Fragility" by Robyn DiAngelo. The context and character for such damaging aggressions are clearly articulated in Pope Francis's letter to President Barack H. Obama, which was delivered on July 4, 2014.

The Debtors' have used loquacious ambiguity to defame the character of the Creditors with the intention to interrupt the flow of commerce and damage the reputation of the Creditors. In this case, defamation is the use of libel and slander.

John Bouvier's Revised 1856 Law Dictionary describes Libel as follows: *LIBEL, libelous, criminal law. A malicious defamation expressed either in printing or writing, or by signs or pictures, tending to blacken the memory of one who is dead (including Corporations, which are dead things), with intent to provoke the living; or the reputation of one who is alive, and to expose him to public hatred, contempt, or ridicule. Hawk. b. 1, c. 73, s. 1; Wood's Inst, 444; 4 Bl. Com. 150; 2 Chitty, Cr. Law, 867; Holt on Lib. 73; 5 Co. 125; Salk. 418; Ld. Rgym. 416; 4. T. R. 126; 4 Mass. R. 168; 9 John. 214; 1 Den. Rep. 347; 2 Pick. R. 115; 2 Kent, Com.*

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

John Bouvier's Revised 1856 Law Dictionary also describes Slander as follows: *SLANDER, torts.* *The defaming a man in his reputation by speaking or writing words which affect his life, office, or trade, or which tend to his loss of preferment in marriage or service, or in his inheritance, or which occasion any other damage. Law of Nisi Prius, 3. In England, if slander be spoken of a peer, or other great man, it is called Scandalum Magnatum. Falsity and malice are ingredients of slander. Bac. Abr. Slander. Written or printed slanders are libels; see that word.*

*2. Here it is proposed to treat of verbal slander only, which may be considered with reference to, 1st. The nature of the accusation. 2d. The falsity of the charge. 3d. The mode of publication. 4th. The occasion; and 5th. The malice or motive of the slander.*

*3. - §1. Actionable words are of two descriptions: first, those actionable in themselves, without proof of special damages and, secondly, those actionable only in respect of some actual consequential damages.*

The SECURITIES AND EXCHANGE COMMISSION and its AGENTS either know the value of the Creditors' assets and are deceiving the public by expressing that the valuation is somehow false or are reckless for not knowing.

## FIRST CLAIM FOR RELIEF

### Fraud in the connection with the Deprivations of Rights under Color of Law, United States Codes Title 18 Section 242

The Debtors have also failed to produce any contract between the Creditor and any of the Debtors demonstrating consent for this assault, which has proved costly to all parties who the Debtors allege are Defendants. The Debtors have failed to name any injured party and caused significant monetary losses and damaged the reputation of the Creditors implicating the Debtors for the imposition of the color of law. This inflammatory assault is perpetrated by the SECURITIES AND EXCHANGE COMMISSION, Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Michele Wein of the Layne Family, Katherine E. Zoladz, Associate Regional

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

19
7
19
Director, Katherine E. of the Zoladz Family, Amy J. Longo, Regional Trial Counsel and Amy J. of the Longo Family (Debtors).

8
19
9
20
0
The Debtors' claims are void ab initio because there is no lawful or constitutional basis for their complaints or actions. The only basis for their complaints is in the color of law allegations, which are repugnant to the Constitution for the United States of America (major) and the Uniform Commercial Codes further implicating the Debtors for the imposition of the color of law to deprive rights.

20
1
20
2
To proclaim that a review conducted by an auditor is not an audit is incompetent, divisive, misleading, and a clear attempt to violate rights under the color of law.

20
3
20
4
20
5
20
6
The Debtors' actions are consistent with the well-documented discriminatory practices against people branded as blacks, people of color, Negroes, African Americans, Indians, Africans, and brown. These types of negating, discriminatory aggressions by LAW ENFORCEMENT AGENCIES AND AGENTS are listed in the books entitled "From Here to Equality" by Dr. William Darity and "White Fragility" by Robyn DiAngelo. The context and character for such damaging aggressions are clearly articulated in Pope Francis's letter to President Barack H. Obama, which was delivered on July 4, 2014, further implicating the Debtors for the imposition of the color of law to deprive rights.

20
7
20
8
The SECURITIES AND EXCHANGE COMMISSION and its AGENTS behaved recklessly by either know the value of the NVC Fund Holding Trust assets and are deceiving the public by not expressing it or for not knowing or negating the certified review further implicating the Debtors for the imposition of the color of law to deprive rights.

20
9
21
0
**SECOND CLAIM FOR RELIEF**

**Treason in Connection with the Violation of the Foreign Agent Registration Act of 1938**

21
1
21
2
The UNITED STATES is a Federal Corporation, USC Title 28 Section 3002 §§ 15(A), and the SECURITIES AND EXCHANGE COMMISSION is a commission commissioned by the UNITED STATES, USC Title 28 Section 3002 §§ 15(B). THE SECURITIES AND EXCHANGE COMMISSION is an agency commissioned by the UNITED STATES OF AMERICA (minor) et al. The SECURITIES AND EXCHANGE COMMISSION has hired B.A.R. Attorneys Michael R. of the Sew Hoy Family,

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family, MANUEL VAZQUEZ (Cal. Bar No. 295576) all of whom are sworn to an entity (ies) foreign to the United States of America (Major) and that without full disclosure, which is repugnant to the Foreign Agent Registration Act of 1938 and the Uniform Commercial Codes regarding full disclosure and the validity of contracts.

**The SECURITIES AND EXCHANGE COMMISSION and its agents are attempting to lure the UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA into the compromising position of imposing derogatory judgment on the honorable Creditor while endangering the MAGISTRATE and the CLERK OF COURT with dangerous disclosures.**

The Debtors used deceit to conceal the fact that they are foreign to the United States of America (Major) and that all their agents work for a foreign entity (ies) that is (are) foreign to the United States of America (Major).

### THIRD CLAIM FOR RELIEF
#### Fraud in the Defamation of Character 28 U.S. Code § 4101 (1)

The Debtors are guilty of defamation of Character pursuant to 28 USC § 4101 (1).

The Debtors defamed the Creditors' name and reputation by incompetently and/or recklessly communicating via published court documents that the Creditors were engaged in fraud, yet the Debtors diffusely failed to demonstrate the competent, Constitutional violations committed by the Creditors.

**The Debtors defamed the Creditors' name and reputation by failing to name an injured party. The Debtors defamed and damaged the Creditors' name and reputation by not producing a valid contract between the Creditor and the Debtor allowing the defamatory assault against the Creditor.**

### FOURTH CLAIM FOR RELIEF
#### Fraud in the Defamation of Character against a U.S. Citizen, 28 U.S. Code § 4101 (6)

PJJ-00001-5-SEC

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

229  The Debtors are guilty of defamation of Character pursuant to 28 USC § 4101 (6).

230  The Debtors defamed the NVC Fund, LLC, and PATRICK JOHNSON the ens legis' name and
231  reputation by maliciously and/or recklessly communicating via published court documents that NVC
     Fund, LLC and PATRICK JOHNSON the ens legis were engaged in a "PUMP AND DUMP" fraud,
232  yet the Debtors failed to produce a valid contractual violation committed by the NVC Fund, LLC and
     PATRICK JOHNSON the ens legis' against any living breathing man or any corporation, including
233  the so-called plaintiff who is actually debtors.

### FIFTH CLAIM FOR RELIEF
234  **Fraud in the Interference with commerce by threats 18 USC § 1951(a)**

235  The SECURITIES AND EXCHANGE COMMISSION and its agents have used their perceived
     government issued law enforcement authority to obstruct commerce, delay profit acquisition
236  opportunities, and are attempting and conspiring to do so using threats of physical violence
     (wrongful imprisonment and unlawful seizure of property) to the Creditor and its recipients of the
237  NVC investments in furtherance of a plan or purpose to do anything in violation of section 18 of the
     United States Codes.
238
     Debtors further inflicted injury on the Creditors by using their perceived power to halt trading in the
239  public market, thereby hindering the Creditor from receiving the contractual $70,000,000 per annum
     due to the creditor the past three years so far.
240
### SIXTH CLAIM FOR RELIEF
241  **Fraud for violating the Clean Hands Doctrine**

242  Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of
     the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family,
243  MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Michele Wein
     of the Layne Family, Katherine E. Zoladz, Associate Regional Director, Katherine E. of the Zoladz
244  Family, Amy J. Longo, Regional Trial Counsel and Amy J. of the Longo Family have entered into
     this matter with unclean hands.

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

| 24 5 | Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of |
| 24 6 | the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Michele Wein |
| 24 7 | of the Layne Family, Katherine E. Zoladz, Associate  Regional Director, Katherine E. of the Zoladz Family, Amy J. Longo, Regional Trial Counsel and Amy J. of the Longo Family are coming with an |
| 24 8 | equity demand without a contract, damaged property nor any financial losses as a result of the Creditors.  The Debtors are attempting to obtain relief while their own wrongful conduct made it such that granting the relief would be against good conscience. |

**SEVENTH CLAIM FOR RELIEF**

**Fraud for the violation of the FRCP Rule 12 (b) (6) and 56 (c)**

Michael R. of the Sew Hoy Family, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero Family, ROBERTO A. TERCERO (Cal. Bar No. 143760), Manuel of the Vazquez Family, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Michele Wein of the Layne Family, Katherine E. Zoladz, Associate  Regional Director, Katherine E. of the Zoladz Family, Amy J. Longo, Regional Trial Counsel and Amy J. of the Longo Family have alleged "Witnesses" and "Attorneys for the Plaintiffs."  They are presenting alleged evidence as though they were witnesses and the injured by and to the infraction while declaring they are the Attorneys for the plaintiffs.

**CREDITORS' DECLARATION FOR RELIEF**

**WHEREFORE, Patrick Jevon Johnson respectfully asks the Court:**

Order the Debtors to disclose in writing their obligation to foreign entities to the Creditors now.

I.

Issue judgments consistent with Title 18 USC Section 242 that clearly describes the actions of the SECURITIES AND EXCHANGE COMMISSION and its agents Michael R. of the Sew Hoy House, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576, Michele Wein Layne, Regional Director, Katharine E. Zoladz, Associate Regional Director, and Amy J. Longo, Regional Trial Counsel have created and/or abetted in the creation of a

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

trust associated with Case 2:20-cv-08985 as intentional actions to deceitfully deprive Patrick Jevon
Johnson, PATRICK JOHNSON of his rights under the color of law.

II.

Issue judgments, in forms consistent with the Foreign Agent Registration Act of 1938 that declares
all BAR attorneys, judges *(we reserve the right to invoke or waive this Act on MAGISTRATE OTIS*
*WRIGHT and the CLERK OF COURT KIRY K. GARY)*, and consequently LAW ENFORCEMENT
OFFICERS to be foreign agents working for an entity foreign to the United States of America
(major).

III.

Issue judgments, in forms consistent with 28 U.S. Code § 4101 (1), which warns against libel and
slander, and provides for protection and remedy against the defamation of character via libel and
slander.

Michael R. of the Sew Hoy House, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of
the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House,
MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Katharine E.
Zoladz, Associate Regional Director and Amy J. Longo, Regional Trial Counsel are declaring and
proclaiming in writing that they are the "PLAINTIFFS," yet they have no valid contract with the
Creditors nor do they have any proof of monetary injury foisted on them by the Creditors. They
have willfully given, under oath, in this course of justice a false testimony material to the issue or
point of inquiry.

IV.

Issue judgments, in forms consistent with 28 U.S. Code § 4101 (6)(C) & (6)(D) which states:
(6) United States person. —The term "United States person" means—
    (C) an alien lawfully residing in the United States at the time that the speech that is the subject of
        the foreign defamation action was researched, prepared, or disseminated; or
    (D) a business entity incorporated in, or with its primary location or place of operation in, the
        United States.

V.

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

27
7
27
8
27
9
28
0

Issue judgments ordering the agents of the SECURITIES AND EXCHANGE COMMISSION, who interfered with commerce by halting trading, to repair the losses incurred by the investor in the amount of Seventy Million USD ($70,000,000 USD) per year for three (3) years, which is equivalent to Two Hundred Ten Million USD ($210,000,000 USD) and pursuant to Proverbs 6:30-31 the stolen fruit must be recompensed back to the victim seven times which is equivalent to One Billion Four Hundred Seventy Million USD ($1,470,000,000 USD).   The SEC agents are personally and professionally liable.

28
1
28
2
28
3
28
4

Issue judgments barring Debtors, namely the SECURITIES AND EXCHANGE COMMISSION from ever interfering with commerce and business of Patrick Jevon of the Johnson House, PATRICK JOHNSON and their associates and entities without proper, fully disclosed, properly autographed contract(s) that is/are knowingly, willingly and voluntarily agreed upon by all parties, and that without threat, duress and/or coercion and properly witnessed in the sight of almighty God and three witnesses in good standing, according to Matthew 18:16, But if he will not hear *thee*, *then* take with thee one or two more, that in the mouth of two or three witnesses every word may be established.

28
5
28
6
28
7
28
8

VI.

Issue findings of fact and conclusions of law that Debtors violated the clean hands' doctrine. Michael R. of the Sew Hoy House, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director, Katharine E. Zoladz, Associate Regional Director and Amy J. Longo, Regional Trial Counsel, under penalty of perjury have said they are the injured parties by claiming to be the PLAINTIFFS.

28
9
29
0
29
1

Also, Michael R. of the Sew Hoy House, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576) have created an undisclosed trust associated with Case 2:20-cv-08985 and it is written herein that these three (3) attorneys will retain their fiduciary obligation to said trust(s).

29
2

VII

Issue judgment consistent with Federal Rules of Civil Procedure, Rule 12 (b) (6) and 56 (c) which prohibits attorneys for the plaintiff from serving as witnesses. Michael R. of the Sew Hoy House,

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

29
3
29
4
29
5

MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576) are asserting statements in their briefs and arguments as though they witnessed or have firsthand an injury to their person or property." Trinsey v. Pagliaro D.C. Pa. 229 F. Supp. 647 E.D. Pa. 1964.

29
6
29
7
29
8
29
9

Issue judgments consistent with this COURT'S practice of dismissing fraudulent claims, including the injurious actions brought on by Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576, Michele Wein Layne, Regional Director, Katharine E. Zoladz, Associate Regional Director, and Amy J. Longo, Regional Trial Counsel who, we trust, are bonded and held personally and professionally liable for these civil infractions.

VIII.

30
0
30
1
30
2
30
3

Issue judgments ordering Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576, Michele Wein Layne, Regional Director, Katharine E. Zoladz, Associate Regional Director and Amy J. Longo, Regional Trial Counsel cease and desist all actions against Patrick Jevon of the Johnson House, PATRICK JOHNSON and the Debtors are to settle and discharge all fees, penalties, fines, and costs of any kind and to repair the contracted economic losses suffered by PATRICK JOHNSON et al.

IX.

30
4
30
5
30
6
30
7

Issue judgments ordering Michael R. of the Sew Hoy House, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero House, ROBERTO A. TERCERO (Cal. Bar No. 143760) Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576), Michele Wein Layne, Regional Director Katherine E. Zoladz, Associate Regional Director, Amy J. Longo, Regional Trail Counsel for the SECURITIES AND EXCHANGE COMMISSION to handle the fiduciary obligations of any trusts they have created in connection with alleged Case No. 2:20-cv-08985 without molesting the Creditors in any way.

30
8

Dated: _May 30, 2021_         Honorably Standing,

PJJ-00001-5-SEC
Alleged Case 2:20-cv-08985 in Admiralty Court

30

9

31

0

31

1

31

2

31

3

31

4

31

5

31

6

31

7

31

8

31

9

32

0

32

1

32

2

32

3

32

4

Patrick Johnson,

Secured Creditor, Son of God

PJJ-00001-5-INTERROGATORY

| | | |
|---|---|---|
| Creditors: | Patrick Johnson, PATRICK JOHNSON the ens legis | ) |
| | | ) |
| | VS. | ) |
| | | ) Case No.  2:20-cv-08985 |
| Debtor: | Katherine E. Zoladz, Associate  Regional Director, | ) |
| | 444 S. Flower Street, Suite 900 | ) INTERROGATORY |
| | Los Angeles, California 90071 | ) DISCOVERY REGARDING |
| | Telephone: (323) 965-3998 | ) THE DEPRIVATION OF |
| | | ) RIGHTS UNDER COLOR OF |
| | | ) LAW, VIOLATING THE |
| | | ) CLEAN HANDS DOCTRINE |
| | | ) AND VIOLATING THE |
| | | ) FOREIGN AGENT |
| | | ) REGISTRATION ACT OF 1938 |
| | | ) |
| | | ) |
| | | ) |

INTERROGATORY DISCOVERY REGARDING THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATING THE CLEAN HANDS DOCTRINE AND VIOLATING THE FOREIGN AGENT REGISTRATION ACT OF 1938

INTERROGATORY:
Federal Rules of Civil Procedures, Rule 37 imposes liability on anyone who fails to make disclosures or to cooperate in discovery.
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES is a federal corporation and not the dejure constitutional government per 28 USC 3002 §§ 15(A).
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES federal corporation commissioned the SECURITIES AND EXCHANGE COMMISSION per 28 USC 3002 §§ 15(B).
Admit _____ Deny _____

INTERROGATORY:
42 U.S.C. Subsection 242 imposes liability on anyone who, under color of law, deprives any person "of any rights, privileges or immunities secured by the Constitution and laws."
Admit _____ Deny _____

INTERROGATORY:
Color of law means the appearance or semblance, without the substance, of legal right.  State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and all agents and agencies of the UNITED STATES are now liable to us under 42 U.S.C. subsection 1983.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

The SECURITIES AND EXCHANGE COMMISSION has no contract with Patrick Johnson, that was knowingly, willingly and voluntarily entered into with a wet ink autograph allowing the SECURITIES AND EXCHANGE COMMISSION to violate rights under color of law.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION operates under color of law vs. constitutional law.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) are sworn to the BRITISH ACCREDITATION REGISTRY et al, which is foreign to the United States of America (Major).
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) have not disclosed that they are operating in admiralty jurisdiction and not constitutional.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) secretly created a trust(s) and gave the trust(s) names similar to the names of the alleged DEFENDANTS with the full intention to deceive the alleged DEFENDANTS into unknowingly, unwillingly and involuntarily taking fiduciary responsibility for the trust(s) that were created without full disclosure, which, among many things, violates the Clean Hands Doctrine
Admit _____ Deny _____

INTERROGATORY:
When the UNITED STATES OF AMERICA (minor) and/or any of its agents or agencies declares that one of its creations, namely an ens legis, owes a debt, the UNITED STATES OF AMERICA is obligated to settle and/or discharge declared debts, public and private, dollar for dollar per the UNITED STATES CONGRESSIONAL expressed promise with HOUSE JOINT RESOLUTION 192 of 1933.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION prevented NVC FUND, LLC'S from reaping anticipated returns of $210,000,000 from activities during 2017 – 2020.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION deposed Standard and Partners regarding Case No. 2:20-cv-08985 with no rebuttal to the accuracy of the report or the valuation amounts.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein asked to deliver Patrick Johnson certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938", This statement is on this page.
Admit _____ Deny _____

INTERROGATORY:
"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein demanded to cease and desist until certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 have been received by Patrick Johnson, This statement is on this page.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576) are now aware that if anyone associated with the PATRICK JOHNSON ESTATE comes to the venue referred to as a courtroom, everyone required to sign a sworn statement pursuant to the Foreign Agent Registration Act of 1938 will be required in open court to deliver certified copies of those statements.
Admit _____ Deny _____

INTERROGATORY:
Liability and default are just outcomes for any person dealing deceptively, fraudulently and with unclean hands, even if it's the attorneys and agents of and for the SECURITIES AND EXCHANGE COMMISSION.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION and the U.S. SECURITIES AND EXCHANGE COMMISSION are two separate corporations.
Admit _____ Deny _____

INTERROGATORY:
Neither Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) Michele Wein Layne, Regional Director, Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel, U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION have a valid contract between themselves and any entity of the PATRICK JOHNSON ESTATE whatsoever, nor have any of them been injured by the estate herein mentioned, therefore, are fraudulent and unclean in their declaration to be plaintiffs in this matters.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION are attorneys for the plaintiffs and therefore cannot admit evidence into the court.
Admit _____ Deny _____

PJJ-00001-5-INTERROGATORY

You have 30 days to respond, failure to respond is your agreement to dismiss this case and the alleged debt and to honor the claim and cease and desist any and all contact with any facet of the PATRICK JOHNSON ESTATE ad infinitum, per 49 CFR 604.22.


Dated: _____        I affirm to God my answers are true and correct,


_____

Katherine E. of the Zoladz Family

PJJ-00001-5-INTERROGATORY

PJJ-00001-5-INTERROGATORY

| | | |
|---|---|---|
| Creditors: | Patrick Johnson, PATRICK JOHNSON the ens legis | ) |
| | | ) |
| | VS. | ) |
| | | ) Case No.  2:20-cv-08985 |
| Debtors: | Amy J. Longo, Regional Trail Counsel | ) |
| | 444 S. Flower Street, Suite 900 | ) INTERROGATORY |
| | Los Angeles, California 90071 | ) DISCOVERY REGARDING |
| | Telephone: (323) 965-3998 | ) THE DEPRIVATION OF |
| | | ) RIGHTS UNDER COLOR OF |
| | | ) LAW, VIOLATING THE |
| | | ) CLEAN HANDS DOCTRINE |
| | | ) AND VIOLATING THE |
| | | ) FOREIGN AGENT |
| | | ) REGISTRATION ACT OF 1938 |
| | | ) |
| | | ) |
| | | ) |

INTERROGATORY DISCOVERY REGARDING THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATING THE CLEAN HANDS DOCTRINE AND VIOLATING THE FOREIGN AGENT REGISTRATION ACT OF 1938

INTERROGATORY:
Federal Rules of Civil Procedures, Rule 37 imposes liability on anyone who fails to make disclosures or to cooperate in discovery.
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES is a federal corporation and not the dejure constitutional government per 28 USC 3002 §§ 15(A).
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES federal corporation commissioned the SECURITIES AND EXCHANGE COMMISSION per 28 USC 3002 §§ 15(B).
Admit _____ Deny _____

INTERROGATORY:
42 U.S.C. Subsection 242 imposes liability on anyone who, under color of law, deprives any person "of any rights, privileges or immunities secured by the Constitution and laws."
Admit _____ Deny _____

INTERROGATORY:
Color of law means the appearance or semblance, without the substance, of legal right.  State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and all agents and agencies of the UNITED STATES are now liable to us under 42 U.S.C. subsection 1983.
Admit _____ Deny _____

INTERROGATORY: