PJJ-00001-5-INTERROGATORY

The SECURITIES AND EXCHANGE COMMISSION has no contract with Patrick Johnson, that was knowingly, willingly and voluntarily entered into with a wet ink autograph allowing the SECURITIES AND EXCHANGE COMMISSION to violate rights under color of law.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION operates under color of law vs. constitutional law.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) are sworn to the BRITISH ACCREDITATION REGISTRY et al, which is foreign to the United States of America (Major).
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) have not disclosed that they are operating in admiralty jurisdiction and not constitutional.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) secretly created a trust(s) and gave the trust(s) names similar to the names of the alleged DEFENDANTS with the full intention to deceive the alleged DEFENDANTS into unknowingly, unwillingly and involuntarily taking fiduciary responsibility for the trust(s) that were created without full disclosure, which, among many things, violates the Clean Hands Doctrine
Admit _____ Deny _____

INTERROGATORY:
When the UNITED STATES OF AMERICA (minor) and/or any of its agents or agencies declares that one of its creations, namely an ens legis, owes a debt, the UNITED STATES OF AMERICA is obligated to settle and/or discharge declared debts, public and private, dollar for dollar per the UNITED STATES CONGRESSIONAL expressed promise with HOUSE JOINT RESOLUTION 192 of 1933.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION prevented NVC FUND, LLC'S from reaping anticipated returns of $210,000,000 from activities during 2017 – 2020.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION deposed Standard and Partners regarding Case No. 2:20-cv-08985 with no rebuttal to the accuracy of the report or the valuation amounts.
Admit _____ Deny _____
INTERROGATORY:

PJJ-00001-5-INTERROGATORY

"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein asked to deliver Patrick Johnson certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938", This statement is on this page.
Admit ____ Deny ____

INTERROGATORY:
"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein demanded to cease and desist until certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 have been received by Patrick Johnson, This statement is on this page.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576) are now aware that if anyone associated with the PATRICK JOHNSON ESTATE comes to the venue referred to as a courtroom, everyone required to sign a sworn statement pursuant to the Foreign Agent Registration Act of 1938 will be required in open court to deliver certified copies of those statements.
Admit ____ Deny ____

INTERROGATORY:
Liability and default are just outcomes for any person dealing deceptively, fraudulently and with unclean hands, even if it's the attorneys and agents of and for the SECURITIES AND EXCHANGE COMMISSION.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION and the U.S. SECURITIES AND EXCHANGE COMMISSION are two separate corporations.
Admit ____ Deny ____

INTERROGATORY:
Neither Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) Michele Wein Layne, Regional Director, Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel, U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION have a valid contract between themselves and any entity of the PATRICK JOHNSON ESTATE whatsoever, nor have any of them been injured by the estate herein mentioned, therefore, are fraudulent and unclean in their declaration to be plaintiffs in this matters.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION are attorneys for the plaintiffs and therefore cannot admit evidence into the court.
Admit ____ Deny ____

PJJ-00001-5-INTERROGATORY

You have 30 days to respond, failure to respond is your agreement to dismiss this case and the alleged debt and to honor the claim and cease and desist any and all contact with any facet of the PATRICK JOHNSON ESTATE ad infinitum, per 49 CFR 604.22.

Dated: _____          I affirm to God my answers are true and correct,


_____

Amy J. of the Longo Family

PJJ-00001-5-INTERROGATORY

PJJ-00001-5-INTERROGATORY

Creditors:  Patrick Johnson, PATRICK JOHNSON the ens legis  )
                                                                                              )
                  VS.                                                                    )
                                                                                              )  Case No.  2:20-cv-08985
Debtors:    Michael R. of the Sew Hoy House,                    )
                  MICHAEL R. SEW HOY (Cal. Bar No. 243391),  )  INTERROGATORY
                  444 S. Flower Street, Suite 900                      )  DISCOVERY REGARDING
                  Los Angeles, California 90071                        )  THE DEPRIVATION OF
                  Telephone: (323) 965-3998                            )  RIGHTS UNDER COLOR OF
                                                                                              )  LAW, VIOLATING THE
                                                                                              )  CLEAN HANDS DOCTRINE
                                                                                              )  AND VIOLATING THE
                                                                                              )  FOREIGN AGENT
                                                                                              )  REGISTRATION ACT OF 1938
                                                                                              )
                                                                                              )
                                                                                              )

INTERROGATORY DISCOVERY REGARDING THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATING THE CLEAN HANDS DOCTRINE AND VIOLATING THE FOREIGN AGENT REGISTRATION ACT OF 1938


INTERROGATORY:
Federal Rules of Civil Procedures, Rule 37 imposes liability on anyone who fails to make disclosures or to cooperate in discovery.
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES is a federal corporation and not the dejure constitutional government per 28 USC 3002 §§ 15(A).
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES federal corporation commissioned the SECURITIES AND EXCHANGE COMMISSION per 28 USC 3002 §§ 15(B).
Admit _____ Deny _____

INTERROGATORY:
42 U.S.C. Subsection 242 imposes liability on anyone who, under color of law, deprives any person "of any rights, privileges or immunities secured by the Constitution and laws."
Admit _____ Deny _____

INTERROGATORY:
Color of law means the appearance or semblance, without the substance, of legal right.  State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and all agents and agencies of the UNITED STATES are now liable to us under 42 U.S.C. subsection 1983.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

The SECURITIES AND EXCHANGE COMMISSION has no contract with Patrick Johnson, that was knowingly, willingly and voluntarily entered into with a wet ink autograph allowing the SECURITIES AND EXCHANGE COMMISSION to violate rights under color of law.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION operates under color of law vs. constitutional law.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) are sworn to the BRITISH ACCREDITATION REGISTRY et al, which is foreign to the United States of America (Major).
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) have not disclosed that they are operating in admiralty jurisdiction and not constitutional.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) secretly created a trust(s) and gave the trust(s) names similar to the names of the alleged DEFENDANTS with the full intention to deceive the alleged DEFENDANTS into unknowingly, unwillingly and involuntarily taking fiduciary responsibility for the trust(s) that were created without full disclosure, which, among many things, violates the Clean Hands Doctrine
Admit _____ Deny _____

INTERROGATORY:
When the UNITED STATES OF AMERICA (minor) and/or any of its agents or agencies declares that one of its creations, namely an ens legis, owes a debt, the UNITED STATES OF AMERICA is obligated to settle and/or discharge declared debts, public and private, dollar for dollar per the UNITED STATES CONGRESSIONAL expressed promise with HOUSE JOINT RESOLUTION 192 of 1933.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION prevented NVC FUND, LLC'S from reaping anticipated returns of $210,000,000 from activities during 2017 – 2020.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION deposed Standard and Partners regarding Case No.  2:20-cv-08985 with no rebuttal to the accuracy of the report or the valuation amounts.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein asked to deliver Patrick Johnson certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938", This statement is on this page.
Admit _____ Deny _____

INTERROGATORY:
"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein demanded to cease and desist until certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 have been received by Patrick Johnson, This statement is on this page.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576) are now aware that if anyone associated with the PATRICK JOHNSON ESTATE comes to the venue referred to as a courtroom, everyone required to sign a sworn statement pursuant to the Foreign Agent Registration Act of 1938 will be required in open court to deliver certified copies of those statements.
Admit _____ Deny _____

INTERROGATORY:
Liability and default are just outcomes for any person dealing deceptively, fraudulently and with unclean hands, even if it's the attorneys and agents of and for the SECURITIES AND EXCHANGE COMMISSION.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION and the U.S. SECURITIES AND EXCHANGE COMMISSION are two separate corporations.
Admit _____ Deny _____

INTERROGATORY:
Neither Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) Michele Wein Layne, Regional Director, Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel, U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION have a valid contract between themselves and any entity of the PATRICK JOHNSON ESTATE whatsoever, nor have any of them been injured by the estate herein mentioned, therefore, are fraudulent and unclean in their declaration to be plaintiffs in this matters.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION are attorneys for the plaintiffs and therefore cannot admit evidence into the court.
Admit _____ Deny _____

PJJ-00001-5-INTERROGATORY

You have 30 days to respond, failure to respond is your agreement to dismiss this case and the alleged debt and to honor the claim and cease and desist any and all contact with any facet of the PATRICK JOHNSON ESTATE ad infinitum, per 49 CFR 604.22.

Dated: _____            I affirm to God my answers are true and correct,


_____

Michael R. of the Sew Hoy Family

PJJ-00001-5-INTERROGATORY

PJJ-00001-5-INTERROGATORY

Creditors:  Patrick Johnson, PATRICK JOHNSON the ens legis    )
                                                                )
            VS.                                                 )
                                                                )  Case No.  2:20-cv-08985
Debtors:    Manuel of the Vazquez House,                        )
            MANUEL VAZQUEZ (Cal. Bar No. 295576)                )  INTERROGATORY
            444 S. Flower Street, Suite 900                     )  DISCOVERY REGARDING
            Los Angeles, California 90071                       )  THE DEPRIVATION OF
            Telephone: (323) 965-3998                           )  RIGHTS UNDER COLOR OF
                                                                )  LAW, VIOLATING THE
                                                                )  CLEAN HANDS DOCTRINE
                                                                )  AND VIOLATING THE
                                                                )  FOREIGN AGENT
                                                                )  REGISTRATION ACT OF 1938
                                                                )
                                                                )
                                                                )

INTERROGATORY DISCOVERY REGARDING THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATING THE CLEAN HANDS DOCTRINE AND VIOLATING THE FOREIGN AGENT REGISTRATION ACT OF 1938


INTERROGATORY:
Federal Rules of Civil Procedures, Rule 37 imposes liability on anyone who fails to make disclosures or to cooperate in discovery.
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES is a federal corporation and not the dejure constitutional government per 28 USC 3002 §§ 15(A).
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES federal corporation commissioned the SECURITIES AND EXCHANGE COMMISSION per 28 USC 3002 §§ 15(B).
Admit _____ Deny _____

INTERROGATORY:
42 U.S.C. Subsection 242 imposes liability on anyone who, under color of law, deprives any person "of any rights, privileges or immunities secured by the Constitution and laws."
Admit _____ Deny _____

INTERROGATORY:
Color of law means the appearance or semblance, without the substance, of legal right.  State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and all agents and agencies of the UNITED STATES are now liable to us under 42 U.S.C. subsection 1983.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

The SECURITIES AND EXCHANGE COMMISSION has no contract with Patrick Johnson, that was knowingly, willingly and voluntarily entered into with a wet ink autograph allowing the SECURITIES AND EXCHANGE COMMISSION to violate rights under color of law.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION operates under color of law vs. constitutional law.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) are sworn to the BRITISH ACCREDITATION REGISTRY et al, which is foreign to the United States of America (Major).
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) have not disclosed that they are operating in admiralty jurisdiction and not constitutional.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) secretly created a trust(s) and gave the trust(s) names similar to the names of the alleged DEFENDANTS with the full intention to deceive the alleged DEFENDANTS into unknowingly, unwillingly and involuntarily taking fiduciary responsibility for the trust(s) that were created without full disclosure, which, among many things, violates the Clean Hands Doctrine
Admit ____ Deny ____

INTERROGATORY:
When the UNITED STATES OF AMERICA (minor) and/or any of its agents or agencies declares that one of its creations, namely an ens legis, owes a debt, the UNITED STATES OF AMERICA is obligated to settle and/or discharge declared debts, public and private, dollar for dollar per the UNITED STATES CONGRESSIONAL expressed promise with HOUSE JOINT RESOLUTION 192 of 1933.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION prevented NVC FUND, LLC'S from reaping anticipated returns of $210,000,000 from activities during 2017 – 2020.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION deposed Standard and Partners regarding Case No. 2:20-cv-08985 with no rebuttal to the accuracy of the report or the valuation amounts.
Admit ____ Deny ____
INTERROGATORY:

PJJ-00001-5-INTERROGATORY

"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein asked to deliver Patrick Johnson certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938", This statement is on this page.
Admit ____ Deny ____

INTERROGATORY:
"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein demanded to cease and desist until certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 have been received by Patrick Johnson, This statement is on this page.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576) are now aware that if anyone associated with the PATRICK JOHNSON ESTATE comes to the venue referred to as a courtroom, everyone required to sign a sworn statement pursuant to the Foreign Agent Registration Act of 1938 will be required in open court to deliver certified copies of those statements.
Admit ____ Deny ____

INTERROGATORY:
Liability and default are just outcomes for any person dealing deceptively, fraudulently and with unclean hands, even if it's the attorneys and agents of and for the SECURITIES AND EXCHANGE COMMISSION.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION and the U.S. SECURITIES AND EXCHANGE COMMISSION are two separate corporations.
Admit ____ Deny ____

INTERROGATORY:
Neither Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) Michele Wein Layne, Regional Director, Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel, U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION have a valid contract between themselves and any entity of the PATRICK JOHNSON ESTATE whatsoever, nor have any of them been injured by the estate herein mentioned, therefore, are fraudulent and unclean in their declaration to be plaintiffs in this matters.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION are attorneys for the plaintiffs and therefore cannot admit evidence into the court.
Admit ____ Deny ____

PJJ-00001-5-INTERROGATORY

You have 30 days to respond, failure to respond is your agreement to dismiss this case and the alleged debt and to honor the claim and cease and desist any and all contact with any facet of the PATRICK JOHNSON ESTATE ad infinitum, per 49 CFR 604.22.

Dated: _____          I affirm to God my answers are true and correct,


_____

Manuel of the Vazquez Family

PJJ-00001-5-INTERROGATORY

PJJ-00001-5-INTERROGATORY

Creditors:  Patrick Johnson, PATRICK JOHNSON the ens legis     )
                                                                )
            VS.                                                 )
                                                                )  Case No.  2:20-cv-08985
Debtors:    Roberto A. of the Tercero House,                    )
            ROBERTO A. TERCERO (Cal. Bar No. 143760)            )  INTERROGATORY
            444 S. Flower Street, Suite 900                      )  DISCOVERY REGARDING
            Los Angeles, California 90071                        )  THE DEPRIVATION OF
            Telephone: (323) 965-3998                            )  RIGHTS UNDER COLOR OF
                                                                )  LAW, VIOLATING THE
                                                                )  CLEAN HANDS DOCTRINE
                                                                )  AND VIOLATING THE
                                                                )  FOREIGN AGENT
                                                                )  REGISTRATION ACT OF 1938
                                                                )
                                                                )
                                                                )

INTERROGATORY DISCOVERY REGARDING THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATING THE CLEAN HANDS DOCTRINE AND VIOLATING THE FOREIGN AGENT REGISTRATION ACT OF 1938


INTERROGATORY:
Federal Rules of Civil Procedures, Rule 37 imposes liability on anyone who fails to make disclosures or to cooperate in discovery.
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES is a federal corporation and not the dejure constitutional government per 28 USC 3002 §§ 15(A).
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES federal corporation commissioned the SECURITIES AND EXCHANGE COMMISSION per 28 USC 3002 §§ 15(B).
Admit _____ Deny _____

INTERROGATORY:
42 U.S.C. Subsection 242 imposes liability on anyone who, under color of law, deprives any person "of any rights, privileges or immunities secured by the Constitution and laws."
Admit _____ Deny _____

INTERROGATORY:
Color of law means the appearance or semblance, without the substance, of legal right.  State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and all agents and agencies of the UNITED STATES are now liable to us under 42 U.S.C. subsection 1983.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

The SECURITIES AND EXCHANGE COMMISSION has no contract with Patrick Johnson, that was knowingly, willingly and voluntarily entered into with a wet ink autograph allowing the SECURITIES AND EXCHANGE COMMISSION to violate rights under color of law.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION operates under color of law vs. constitutional law.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) are sworn to the BRITISH ACCREDITATION REGISTRY et al, which is foreign to the United States of America (Major).
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) have not disclosed that they are operating in admiralty jurisdiction and not constitutional.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) secretly created a trust(s) and gave the trust(s) names similar to the names of the alleged DEFENDANTS with the full intention to deceive the alleged DEFENDANTS into unknowingly, unwillingly and involuntarily taking fiduciary responsibility for the trust(s) that were created without full disclosure, which, among many things, violates the Clean Hands Doctrine
Admit ____ Deny ____

INTERROGATORY:
When the UNITED STATES OF AMERICA (minor) and/or any of its agents or agencies declares that one of its creations, namely an ens legis, owes a debt, the UNITED STATES OF AMERICA is obligated to settle and/or discharge declared debts, public and private, dollar for dollar per the UNITED STATES CONGRESSIONAL expressed promise with HOUSE JOINT RESOLUTION 192 of 1933.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION prevented NVC FUND, LLC'S from reaping anticipated returns of $210,000,000 from activities during 2017 – 2020.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION deposed Standard and Partners regarding Case No.  2:20-cv-08985 with no rebuttal to the accuracy of the report or the valuation amounts.
Admit ____ Deny ____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein asked to deliver Patrick Johnson certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938", This statement is on this page.
Admit _____ Deny _____

INTERROGATORY:
"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein demanded to cease and desist until certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 have been received by Patrick Johnson, This statement is on this page.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576) are now aware that if anyone associated with the PATRICK JOHNSON ESTATE comes to the venue referred to as a courtroom, everyone required to sign a sworn statement pursuant to the Foreign Agent Registration Act of 1938 will be required in open court to deliver certified copies of those statements.
Admit _____ Deny _____

INTERROGATORY:
Liability and default are just outcomes for any person dealing deceptively, fraudulently and with unclean hands, even if it's the attorneys and agents of and for the SECURITIES AND EXCHANGE COMMISSION.
Admit _____ Deny _____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION and the U.S. SECURITIES AND EXCHANGE COMMISSION are two separate corporations.
Admit _____ Deny _____

INTERROGATORY:
Neither Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) Michele Wein Layne, Regional Director, Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel, U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION have a valid contract between themselves and any entity of the PATRICK JOHNSON ESTATE whatsoever, nor have any of them been injured by the estate herein mentioned, therefore, are fraudulent and unclean in their declaration to be plaintiffs in this matters.
Admit _____ Deny _____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION are attorneys for the plaintiffs and therefore cannot admit evidence into the court.
Admit _____ Deny _____

PJJ-00001-5-INTERROGATORY

You have 30 days to respond, failure to respond is your agreement to dismiss this case and the alleged debt and to honor the claim and cease and desist any and all contact with any facet of the PATRICK JOHNSON ESTATE ad infinitum, per 49 CFR 604.22.

Dated: _____                I affirm to God my answers are true and correct,


_____
Roberto A of the Tercero Family

PJJ-00001-5-INTERROGATORY

PJJ-00001-5-INTERROGATORY

Creditors:  Patrick Johnson, PATRICK JOHNSON the ens legis )
            and                                             )
                                                            )
            VS.                                             )   Case No.  2:20-cv-08985
                                                            )
Debtors:    Michele Wein Layne, Regional Director,         )   INTERROGATORY
            444 S. Flower Street, Suite 900                 )   DISCOVERY REGARDING
            Los Angeles, California 90071                   )   THE DEPRIVATION OF
            Telephone: (323) 965-3998                       )   RIGHTS UNDER COLOR OF
                                                            )   LAW, VIOLATING THE
                                                            )   CLEAN HANDS DOCTRINE
                                                            )   AND VIOLATING THE
                                                            )   FOREIGN AGENT
                                                            )   REGISTRATION ACT OF 1938
                                                            )
                                                            )
                                                            )

INTERROGATORY DISCOVERY REGARDING THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATING THE CLEAN HANDS DOCTRINE AND VIOLATING THE FOREIGN AGENT REGISTRATION ACT OF 1938

INTERROGATORY:
Federal Rules of Civil Procedures, Rule 37 imposes liability on anyone who fails to make disclosures or to cooperate in discovery.
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES is a federal corporation and not the dejure constitutional government per 28 USC 3002 §§ 15(A).
Admit _____ Deny _____

INTERROGATORY:
The UNITED STATES federal corporation commissioned the SECURITIES AND EXCHANGE COMMISSION per 28 USC 3002 §§ 15(B).
Admit _____ Deny _____

INTERROGATORY:
42 U.S.C. Subsection 242 imposes liability on anyone who, under color of law, deprives any person "of any rights, privileges or immunities secured by the Constitution and laws."
Admit _____ Deny _____

INTERROGATORY:
Color of law means the appearance or semblance, without the substance, of legal right.  State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; and all agents and agencies of the UNITED STATES are now liable to us under 42 U.S.C. subsection 1983.
Admit _____ Deny _____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

The SECURITIES AND EXCHANGE COMMISSION has no contract with Patrick Johnson, that was knowingly, willingly and voluntarily entered into with a wet ink autograph allowing the SECURITIES AND EXCHANGE COMMISSION to violate rights under color of law.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION operates under color of law vs. constitutional law.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) are sworn to the BRITISH ACCREDITATION REGISTRY et al, which is foreign to the United States of America (Major).
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) have not disclosed that they are operating in admiralty jurisdiction and not constitutional.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and/or MANUEL VAZQUEZ (Cal. Bar No. 295576) secretly created a trust(s) and gave the trust(s) names similar to the names of the alleged DEFENDANTS with the full intention to deceive the alleged DEFENDANTS into unknowingly, unwillingly and involuntarily taking fiduciary responsibility for the trust(s) that were created without full disclosure, which, among many things, violates the Clean Hands Doctrine
Admit ____ Deny ____

INTERROGATORY:
When the UNITED STATES OF AMERICA (minor) and/or any of its agents or agencies declares that one of its creations, namely an ens legis, owes a debt, the UNITED STATES OF AMERICA is obligated to settle and/or discharge declared debts, public and private, dollar for dollar per the UNITED STATES CONGRESSIONAL expressed promise with HOUSE JOINT RESOLUTION 192 of 1933.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION prevented NVC FUND, LLC'S from reaping anticipated returns of $210,000,000 from activities during 2017 – 2020.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION deposed Standard and Partners regarding Case No.  2:20-cv-08985 with no rebuttal to the accuracy of the report or the valuation amounts.
Admit ____ Deny ____

INTERROGATORY:

PJJ-00001-5-INTERROGATORY

"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein asked to deliver Patrick Johnson certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938", This statement is on this page.
Admit ____ Deny ____

INTERROGATORY:
"The attorneys for the SECURITIES AND EXCHANGE COMMISSION are herein demanded to cease and desist until certified copies of their signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 have been received by Patrick Johnson, This statement is on this page.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel and MANUEL VAZQUEZ (Cal. Bar No. 295576) are now aware that if anyone associated with the PATRICK JOHNSON ESTATE comes to the venue referred to as a courtroom, everyone required to sign a sworn statement pursuant to the Foreign Agent Registration Act of 1938 will be required in open court to deliver certified copies of those statements.
Admit ____ Deny ____

INTERROGATORY:
Liability and default are just outcomes for any person dealing deceptively, fraudulently and with unclean hands, even if it's the attorneys and agents of and for the SECURITIES AND EXCHANGE COMMISSION.
Admit ____ Deny ____

INTERROGATORY:
The SECURITIES AND EXCHANGE COMMISSION and the U.S. SECURITIES AND EXCHANGE COMMISSION are two separate corporations.
Admit ____ Deny ____

INTERROGATORY:
Neither Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) Michele Wein Layne, Regional Director, Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel, U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION have a valid contract between themselves and any entity of the PATRICK JOHNSON ESTATE whatsoever, nor have any of them been injured by the estate herein mentioned, therefore, are fraudulent and unclean in their declaration to be plaintiffs in this matters.
Admit ____ Deny ____

INTERROGATORY:
Sew Hoy , Michael R., MICHAEL R. SEW HOY (Cal. Bar No. 243391), Tercero, Roberto A., ROBERTO A. TERCERO (Cal. Bar No. 143760), Vazquez, Manuel, MANUEL VAZQUEZ (Cal. Bar No. 295576) U.S. SECURITIES AND EXCHANGE COMMISSION nor the SECURITIES AND EXCHANGE COMMISSION are attorneys for the plaintiffs and therefore cannot admit evidence into the court.
Admit ____ Deny ____

PJJ-00001-5-INTERROGATORY

You have 30 days to respond, failure to respond is your agreement to dismiss this case and the alleged debt and to honor the claim and cease and desist any and all contact with any facet of the PATRICK JOHNSON ESTATE ad infinitum, per 49 CFR 604.22.

Dated: _____          I affirm to God my answers are true and correct,


                                       _____
                                       Michele Wein of the Layne Family

PJJ-00001-5-INTERROGATORY