**O**

# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>PATRICK JEVON JOHNSON, CHARLES EVERETT (aka CHARLY EVERETT), FRANK EKEJIJA, AND NVC FUND, LLC<br><br>             Defendants. | Case № 2:20-cv-08985-ODW (DFMx)<br><br>**PARTIAL JUDGMENT AS TO DEFENDANT FRANK EKEJIJA** |

   In light of the Court's Order Granting Plaintiff's Motion for Entry of Default Judgment as to Defendant Frank Ekejija, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

   **Judgment** is entered against Defendant Frank Ekejija and in favor of the SEC.

   Defendant Frank Ekejija is **permanently restrained and enjoined** from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)], and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5, in connection with the purchase or sale of any security, by using any

means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange:

(a) to employ any device, scheme, or artifice to defraud; or

(b) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

As provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:

(a) Defendant Frank Ekejija's officers, agents, servants, employees, and attorneys; and

(b) other persons in active concert or participation with Defendant Frank Ekejija or with anyone described in (a).

**IT IS SO ORDERED.**

July 2, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**