MICHAEL R. SEW HOY (Cal. Bar No. 243391)
Email: SewhoyM@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: TerceroR@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email: VazquezM@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katharine E. Zoladz, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   vs.<br><br>PATRICK JEVON JOHNSON, CHARLES EVERETT (aka CHARLY EVERETT), FRANK EKEJIJA, AND NVC FUND, LLC.<br><br>          Defendants. | Case No. 2:20-cv-08985-ODW-DFMx<br><br>**DECLARATION OF MICHAEL R. SEW HOY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT NVC FUND, LLC**<br><br>Date:     AUGUST 16, 2021<br>Time:    1:30 p.m.<br>Ctrm:   5D<br>Judge:   Hon. Otis D. Wright, II<br><br>Pretrial Conference:  09/12/2022<br>Trial Date:         10/04/2022 |

## <u>DECLARATION OF MICHAEL R. SEW HOY</u>

I, Michael R. Sew Hoy, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Trial Counsel in the Los Angeles Regional Office of the Securities and Exchange Commission ("SEC").  I have personal knowledge of the facts and circumstances herein, and if called to testify, could and would testify competently thereto.

2.      The SEC filed this action on September 30, 2020.  Dkt. No. 1.

3.      On October 3, 2020, the SEC served NVC Fund, LLC ("NVC Fund") the Summons and Complaint in this action pursuant to Fed. R. Civ. P. 4(h)(1)(B). Dkt. Nos. 11, 33.

4.      NVC Fund's answer deadline was October 26, 2020.  Fed. R. Civ. P. 12(a)(1)(A).

5.      On October 28, 2020, defendant Frank Ekejija ("Ekejija") filed a request for an extension of time on behalf of himself and NVC Fund, seeking an additional ninety days to respond to the Complaint.  Dkt. No. 18.

6.      The SEC did not oppose a thirty-day extension.  Dkt. No. 20.

7.      On November 10, 2020, the Court granted a thirty-day extension to Ekejija and NVC Fund, ordering them to answer or otherwise respond to the Complaint by no later than November 25, 2020,  Dkt. No. 21.

8.      To date, NVC Fund has not filed a responsive pleading.

9.      On December 16, 2020, at the SEC's request (Dkt. Nos. 30, 34), the Clerk entered default against NVC Fund for failing to plead or otherwise defend in this action.  Dkt. No 35.

10.      On December 16, 2020, the SEC served the Clerk's Entry of Default, Dkt. No. 35, upon NVC Fund by email and U.S. mail.  A true and correct copy of the December 16, 2020 email is attached as **Exhibit 1**.

11.      A true and correct copy of 17 C.F.R. § 201.1001(b) is attached as **Exhibit 2**.

12. A true and correct copy of Adjustments to Civil Monetary Penalty Amounts, 85 Fed. Reg. 1833-1835 (Jan. 13, 2020) is attached as **Exhibit 3**.

13. A true and correct copy of Adjustments to Civil Monetary Penalty Amounts, 86 Fed. Reg. 2716-2718 (Jan. 13, 2021) is attached as **Exhibit 4**.

14. I have directed the notice of motion and motion, memorandum of points and authorities, this declaration and its exhibits, and all the supporting documents filed concurrently herewith to be served by U.S. mail, UPS, and email to NVC Fund at the address and email on the attached proof of service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July, 2021, in Los Angeles, California.


*/s/ Michael. R. Sew Hoy*
Michael R. Sew Hoy

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 16, 2021, I caused to be served the document entitled **DECLARATION OF MICHAEL R. SEW HOY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RENEWED MOTION FOR  ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT NVC FUND, LLC** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 16, 2021

/s/ *Michael R. Sew Hoy*
MICHAEL R. SEW HOY

***SEC v. Johnson, et al.***
**United States District Court – Central District of California**
**Case No. 2:20-cv-08985-ODW-DFMx**

## SERVICE LIST

Patrick Jevon Johnson (by U.S. mail and email)
1409 South Lamar Street, Unit 816
Dallas, TX 75215
-and-
304 S. Jones Blvd., Ste. 4283
Las Vegas, NV 89107
pjohnson364@gmail.com
***Defendant Patrick Jevon Johnson (Pro Se)***

Charles Everett (by U.S. mail and email)
36 York Dr.
Fort Worth, TX 76134
(817) 223-4430
ceverett.wmgc@gmail.com
***Defendant Charles Everett (Pro Se)***

Frank Ekejija (by U.S. mail, UPS and email)
2837 Singletree Cove
Cedar Hill, TX 75104
(214) 532-5773
fekejija@nvcfund.com
***Defendant Frank Ekejija (Pro Se)***

NVC Fund, LLC (by U.S. mail, UPS and email)
c/o Frank Ekejija
2837 Singletree Cove
Cedar Hill, TX 75104
(214) 532-5773
fekejija@nvcfund.com
***Defendant NVC, Fund LLC***

4

# EXHIBIT 1

Exhibit 1 Page 5

| | |
|---|---|
| **From:** | Hill, Angela (Contractor) |
| **To:** | fekejija@nvcfund.com |
| **Cc:** | Sew Hoy, Michael |
| **Subject:** | SEC v. Patrick Jevon Johnson, et al. |
| **Date:** | Wednesday, December 16, 2020 12:57:15 PM |
| **Attachments:** | Doc 35 Clerk"s Default re NVC Fund (Dec 16 2020).pdf |

Mr. Ekejija,

Please see the attached default entered by the clerk today.  You will also receive a copy by U.S. mail.

Angela Hill
Senior Paralegal (CACI Contractor)
Division of Enforcement
U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Direct: (323) 965-3233
Email: hillan@sec.gov

Exhibit 1 Page 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CASE NUMBER: |
| PLAINTIFF(S) | 2:20−cv−08985−ODW−DFM |
| v. | |
| PATRICK JEVON JOHNSON, et al. | **DEFAULT BY CLERK** |
| DEFENDANT(S). | **F.R.Civ.P. 55(a)** |

It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

NVC Fund LLC

Clerk, U.S. District Court

_December 16, 2020_       By _/s/ Lori Muraoka_
Date                       Deputy Clerk

Exhibit 1 Page 7

# EXHIBIT 2

Exhibit 2 Page 8

**17 CFR 201.1001**

This document is current through the July 2, 2021 issue of the Federal Register, with the exception of the amendments appearing at 86 FR 34308.

*Code of Federal Regulations > Title 17 Commodity and Securities Exchanges > Chapter II — Securities and Exchange Commission > Part 201 — Rules of Practice > Subpart E — Adjustment of Civil Monetary Penalties*

## § 201.1001 Adjustment of civil monetary penalties.

**(a)** For violations from December 10, 1996, through November 2, 2015: As required by the Inflation Adjustment Act of 1990, as amended by the Debt Collection Improvement Act of 1996, the Commission has adjusted the maximum amounts of all civil monetary penalties it administers under the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Company Act of 1940, the Investment Advisers Act of 1940, and certain penalties under the Sarbanes-Oxley Act of 2002 for inflation in the releases and prior regulations listed in the footnotes to Table I. The penalty amounts provided in Table I apply to violations of these statutes that occurred from December 10, 1996, through November 2, 2015, with each column listing the penalty amounts for violations that occurred in a particular time frame. To determine the penalty amounts for violations that occurred prior to December 10, 1996, please refer to the applicable statutory text. To determine penalty amounts for violations after November 2, 2015, please refer to paragraph (b) of this section.

**(b)** For violations after November 2, 2015: The Federal Civil Penalties Inflation Adjustment Act, as amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015 (28 U.S.C. 2461 note), requires that civil monetary penalties be adjusted on an annual basis for inflation. Pursuant to this requirement, the maximum amounts of all civil monetary penalties under the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Company Act of 1940, and the Investment Advisers Act of 1940, and certain penalties under the Sarbanes-Oxley Act of 2002 will be adjusted annually for inflation. Notice of these adjusted penalty amounts will be published by the Commission in the Federal Register on or before January 15 of each calendar year and will be available, along with the Commission's prior inflation adjustments, on the Commission's Web site at https://www.sec.gov/enforce/civil-penalties-inflation-adjustmen ts.htm. The adjusted penalty amounts will apply to all penalties imposed after the effective date of the adjustment (for the first day the adjustment is effective, the prior year's penalty amounts shall apply), for violations that

Exhibit 2 Page 9

17 CFR 201.1001

occurred after November 2, 2015. The adjusted penalty amount each year will be the larger of:

**(1)** The maximum penalty amount for the previous calendar year; or

**(2)** An amount adjusted for inflation, calculated by multiplying the maximum penalty amount for the previous calendar year by the percentage by which the Consumer Price Index for all Urban Consumers (CPI-U) for the month of October preceding the current calendar year exceeds the CPI-U for the month of October of the calendar year two years prior to the current calendar year, adding that amount to the amount for the previous calendar year, and rounding the total to the nearest dollar.

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Civil monetary penalty description | Date of violation and corresponding penalty | |
|---|---|---|---|
| | | Dec. 10, 1996- Feb. 2, 2001 <i> | Feb. 3, 2001- Feb. 14, 2005 <ii> |
| 15 U.S.C. 77h-1(g) (Securities Act Sec. 8A(g)) | For natural person | N/A | N/A |
| | For any other person | N/A | N/A |
| | For natural person/fraud | N/A | N/A |
| | For any other person/fraud | N/A | N/A |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self | N/A | N/A |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self | N/A | N/A |
| 15 U.S.C. 77t(d) | For natural person | $ 5,500 | $ 6,500 |

Exhibit 2 Page 10

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Civil monetary penalty description | Date of violation and corresponding penalty | |
|---|---|---|---|
| | | Dec. 10, 1996- Feb. 2, 2001 <i> | Feb. 3, 2001- Feb. 14, 2005 <ii> |
| (Securities Act Sec. 20(d)) | For any other person | 55,000 | 60,000 |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others | 110,000 | 120,000 |
| | For any other person/fraud/substantial losses or risk of losses to others | 550,000 | 600,000 |
| 15 U.S.C. 78u(d)(3) (Exchange Act Sec. 21(d)(3)) | For natural person | 5,500 | 6,500 |
| | For any other person | 55,000 | 60,000 |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self | 110,000 | 120,000 |
| | For any other | 550,000 | 600,000 |

Exhibit 2 Page 11

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Civil monetary penalty description | Date of violation and corresponding penalty | |
|---|---|---|---|
| | | Dec. 10, 1996- Feb. 2, 2001 <i> | Feb. 3, 2001- Feb. 14, 2005 <ii> |
| | person/fraud/substantial losses or risk of losses to others or gain to self | | |
| 15 U.S.C. 78u-1(a)(3) (Exchange Act Sec. 21A(a)(3)) | Insider Trading—controlling person | 1,100,000 | 1,200,000 |
| 15 U.S.C. 78u-2 (Exchange Act Sec. 21B) | For natural person | 5,500 | 6,500 |
| | For any other person | 55,000 | 60,000 |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others | 110,000 | 120,000 |
| | For any other person/fraud/substantial losses or risk of losses to others | 550,000 | 600,000 |
| 15 U.S.C. 78ff(b) (Exchange Act Sec. 32(b)) | Exchange Act/failure to file information documents, reports | 110 | 110 |
| 15 U.S.C. 78ff(c)(1)(B) | Foreign Corrupt Practices—any issuer | 11,000 | 11,000 |

Exhibit 2 Page 12

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Civil monetary penalty description | Date of violation and corresponding penalty | |
|---|---|---|---|
| | | Dec. 10, 1996- Feb. 2, 2001 <i> | Feb. 3, 2001- Feb. 14, 2005 <ii> |
| (Exchange Act Sec. 32(c)(1)(B)) | | | |
| 15 U.S.C. 78ff(c)(2)(B) (Exchange Act Sec. 32(c)(2)(B)) | Foreign Corrupt Practices—any agent or stockholder acting on behalf of issuer | 11,000 | 11,000 |
| 15 U.S.C. 80a-9(d) (Investment Company Act Sec. 9(d)) | For natural person | 5,500 | 6,500 |
| | For any other person | 55,000 | 60,000 |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self | 110,000 | 120,000 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self | 550,000 | 600,000 |
| 15 U.S.C. 80a-41(e) (Investment Company Act Sec. 42(e)) | For natural person | 5,500 | 6,500 |
| | For any other person | 55,000 | 60,000 |

Exhibit 2 Page 13

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Civil monetary penalty description | Date of violation and corresponding penalty | |
|---|---|---|---|
| | | Dec. 10, 1996- Feb. 2, 2001 \<i\> | Feb. 3, 2001- Feb. 14, 2005 \<ii\> |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others | 110,000 | 120,000 |
| | For any other person/fraud/substantial losses or risk of losses to others | 550,000 | 600,000 |
| 15 U.S.C. 80b-3(i) (Investment Advisers Act Sec. 203(i)) | For natural person | 5,500 | 6,500 |
| | For any other person | 55,000 | 60,000 |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self | 110,000 | 120,000 |
| | For any other person/fraud/substantial losses or risk of losses | 550,000 | 600,000 |

Exhibit 2 Page 14

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Civil monetary penalty description | Date of violation and corresponding penalty | |
| --- | --- | --- | --- |
| | | Dec. 10, 1996-Feb. 2, 2001 <i> | Feb. 3, 2001-Feb. 14, 2005 <ii> |
| | to others or gain to self | | |
| 15 U.S.C. 80b-9(e) (Investment Advisers Act Sec. 209(e)) | For natural person | 5,500 | 6,500 |
| | For any other person | 55,000 | 60,000 |
| | For natural person/fraud | 55,000 | 60,000 |
| | For any other person/fraud | 275,000 | 300,000 |
| | For natural person/fraud/substantial losses or risk of losses to others | 110,000 | 120,000 |
| | For any other person/fraud/substantial losses or risk of losses to others | 550,000 | 600,000 |
| 15 U.S.C. 7215(c)(4)(D)(i) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(i)) | For natural person | N/A | <vii> 100,000 |
| | For any other person | N/A | <vii> 2,000,000 |
| 15 U.S.C. 7215(c)(4)(D)(ii) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(ii)) | For natural person | N/A | <vii> 750,000 |
| | For any other person | N/A | <vii> 15,000,000 |

Exhibit 2 Page 15

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Date of violation and corresponding penalty | | |
|---|---|---|---|
| | Feb. 15, 2005- Mar. 3, 2009 <iii> | Mar. 4, 2009- Mar. 5, 2013 <iv> | Mar. 6, 2013- Nov. 2, 2015 fno |
| 15 U.S.C. 77h-1(g) (Securities Act Sec. 8A(g)) | N/A | <vi> $ 7,500 | $ 7,500 |
| | N/A | <vi> 75,000 | 80,000 |
| | N/A | <vi> 75,000 | 80,000 |
| | N/A | <vi> 375,000 | 400,000 |
| | N/A | <vi> 150,000 | 160,000 |
| | N/A | <vi> 725,000 | 775,000 |
| 15 U.S.C. 77t(d) (Securities Act Sec. 20(d)) | $ 6,500 | 7,500 | 7,500 |
| | 65,000 | 75,000 | 80,000 |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 78u(d)(3) (Exchange Act Sec. 21(d)(3)) | 6,500 | 7,500 | 7,500 |
| | 65,000 | 75,000 | 80,000 |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 78u-1(a)(3) (Exchange Act Sec. 21A(a)(3)) | 1,275,000 | 1,425,000 | 1,525,000 |
| 15 U.S.C. 78u-2 | 6,500 | 7,500 | 7,500 |

Exhibit 2 Page 16

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Date of violation and corresponding penalty | | |
|---|---|---|---|
| | Feb. 15, 2005- Mar. 3, 2009 <iii> | Mar. 4, 2009- Mar. 5, 2013 <iv> | Mar. 6, 2013- Nov. 2, 2015 fno |
| (Exchange Act Sec. 21B) | 65,000 | 75,000 | 80,000 |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 78ff(b) (Exchange Act Sec. 32(b)) | 110 | 110 | 210 |
| 15 U.S.C. 78ff(c)(1)(B) (Exchange Act Sec. 32(c)(1)(B)) | 11,000 | 16,000 | 16,000 |
| 15 U.S.C. 78ff(c)(2)(B) (Exchange Act Sec. 32(c)(2)(B)) | 11,000 | 16,000 | 16,000 |
| 15 U.S.C. 80a-9(d) (Investment Company Act Sec. 9(d)) | 6,500 65,000 | 7,500 75,000 | 7,500 80,000 |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 80a-41(e) (Investment Company Act Sec. | 6,500 65,000 | 7,500 75,000 | 7,500 80,000 |

Exhibit 2 Page 17

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Date of violation and corresponding penalty | | |
|---|---|---|---|
| | Feb. 15, 2005-Mar. 3, 2009 <iii> | Mar. 4, 2009-Mar. 5, 2013 <iv> | Mar. 6, 2013-Nov. 2, 2015 fno |
| 42(e)) | | | |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 80b-3(i) (Investment Advisers Act Sec. 203(i)) | 6,500 | 7,500 | 7,500 |
| | 65,000 | 75,000 | 80,000 |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 80b-9(e) (Investment Advisers Act Sec. 209(e)) | 6,500 | 7,500 | 7,500 |
| | 65,000 | 75,000 | 80,000 |
| | 65,000 | 75,000 | 80,000 |
| | 325,000 | 375,000 | 400,000 |
| | 130,000 | 150,000 | 160,000 |
| | 650,000 | 725,000 | 775,000 |
| 15 U.S.C. 7215(c)(4)(D)(i) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(i)) | 110,000 | 120,000 | 130,000 |
| | 2,100,000 | 2,375,000 | 2,525,000 |
| 15 U.S.C. 7215(c)(4)(D)(ii) | 800,000 | 900,000 | 950,000 |
| | 15,825,000 | 17,800,000 | 18,925,000 |

Exhibit 2 Page 18

17 CFR 201.1001

**Table I to 201.1001—Civil Monetary Penalty Inflation Adjustments for**

**Violations From December 10, 1996, Through November 2, 2015**

| U.S. Code citation | Date of violation and corresponding penalty | | |
|---|---|---|---|
| | Feb. 15, 2005- Mar. 3, 2009 <iii> | Mar. 4, 2009- Mar. 5, 2013 <iv> | Mar. 6, 2013- Nov. 2, 2015 fno |
| (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(ii)) | | | |

<i> Release Nos. 33-7361, 34-37912, IA-1596, IC-22310, dated November 1, 1996 (effective December 9, 1996), previously found at 17 CFR 201.1001 and Table I to Subpart E of Part 201.

<ii> Release Nos. 33-7946, 34-43897, IA-1921, IC-24846, dated January 31, 2001 (effective February 2, 2001), previously found at 17 CFR 201.1002 and Table II to Subpart E of Part 201.

<iii> Release Nos. 33-8530, 34-51136, IA-2348, IC-26748, dated February 9, 2005 (effective February 14, 2005), previously found at 17 CFR 201.1003 and Table III to Subpart E of Part 201.

<iv> Release Nos. 33-9009, 34-59449, IA-2845, IC-28635, dated February 25, 2009 (effective March 3, 2009), previously found at 17 CFR 201.1004 and Table IV to Subpart E of Part 201.

fno Release Nos. 33-9387, 34-68994, IA-3557, IC-30408, dated February 27, 2013 (effective March 5, 2013), previously found at 17 CFR 201.1005 and Table V to Subpart E of Part 201.

<vi> Effective from July 21, 2010 (enactment of the Dodd-Frank Wall Street Reform and Consumer Protection Act, Pub. L. 111-203), through March 5, 2013.

<vii> Effective from July 30, 2002 (enactment of the Sarbanes-Oxley Act of 2002, Pub. L. 107-204), through February 14, 2005.

## Statutory Authority

Authority Note Applicable to 17 CFR Ch. II, Pt. 201

Exhibit 2 Page 19

Authority Note Applicable to 17 CFR Ch. II, Pt. 201, Subpt. E

## History

[61 FR 57773, 57774, Nov. 8, 1996; 66 FR 8761, 8762, Feb. 2, 2001; 81 FR 43042, 43045, July 1, 2016; 82 FR 5367, 5371, Jan. 18, 2017]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

**End of Document**

Exhibit 2 Page 20

# EXHIBIT 3

Exhibit 3 Page 21

nearest dollar), and the new maximum penalty is $23,331 (the 2019 maximum penalty of $22,927 multiplied by 1.01764, rounded to the nearest dollar). The adjustments in penalties will be effective January 13, 2020.

Dated: January 8, 2020.

By Authority of the Board.

**Stephanie Hillyard,**
*Secretary to the Board.*

[FR Doc. 2020–00324 Filed 1–10–20; 8:45 am]

**BILLING CODE P**

---

## SECURITIES AND EXCHANGE COMMISSION

**[Release Nos. 33–10740; 34–87905; IA–5428; IC–33740]**

## Adjustments to Civil Monetary Penalty Amounts

**AGENCY:** Securities and Exchange Commission.

**ACTION:** Notice of annual inflation adjustment of civil monetary penalties.

---

**SUMMARY:** The Securities and Exchange Commission (the ''Commission'') is publishing this notice (the ''Notice'') pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015 (the ''2015 Act''). This Act requires all agencies to annually adjust for inflation the civil monetary penalties that can be imposed under the statutes administered by the agency and publish the adjusted amounts in the **Federal Register**. This Notice sets forth the annual inflation adjustment of the maximum amount of civil monetary penalties (''CMPs'') administered by the Commission under the Securities Act of 1933, the Securities Exchange Act of 1934 (the ''Exchange Act''), the Investment Company Act of 1940, the Investment Advisers Act of 1940, and certain penalties under the Sarbanes-Oxley Act of 2002. These amounts are effective beginning on January 15, 2020, and will apply to all penalties imposed after that date for violations of the aforementioned statutes that occurred after November 2, 2015.

**FOR FURTHER INFORMATION CONTACT:** Stephen M. Ng, Senior Special Counsel, Office of the General Counsel, at (202) 551–7957, or Hannah W. Riedel, Senior Counsel, Office of the General Counsel, at (202) 551–7918.

**SUPPLEMENTARY INFORMATION:**

### I. Background

This Notice is being published pursuant to the 2015 Act,[1] which

amended the Federal Civil Penalties Inflation Adjustment Act of 1990 (the ''Inflation Adjustment Act'').[2] The Inflation Adjustment Act previously had been amended by the Debt Collection Improvement Act of 1996 (the ''DCIA'')[3] to require that each federal agency adopt regulations at least once every four years that adjust for inflation the CMPs that can be imposed under the statutes administered by the agency. Pursuant to this requirement, the Commission previously adopted regulations in 1996, 2001, 2005, 2009, and 2013 to adjust the maximum amount of the CMPs that could be imposed under the statutes the Commission administers.[4]

The 2015 Act replaces the inflation adjustment formula prescribed in the DCIA with a new formula for calculating the inflation-adjusted amount of CMPs. The 2015 Act requires that agencies use this new formula to re-calculate the inflation-adjusted amounts of the penalties they administer on an annual basis and publish these new amounts in the **Federal Register** by January 15 of each year.[5] The Commission previously published the first annual adjustment required by the 2015 Act on January 6, 2017 (the ''2017 Adjustment'').[6] As part of the 2017 Adjustment, the Commission promulgated 17 CFR 201.1001(a) and Table I to Subsection 1001, which lists the penalty amounts for all violations that occurred on or before November 2, 2015. For violations occurring after November 2, 2015, Subsection 1001(b) provides that the applicable penalty amounts will be adjusted annually based on the formula set forth in the 2015 Act. Subsection 1001(b) further provides that these adjusted amounts will be published in

the **Federal Register** and on the Commission's website. The Commission subsequently published annual adjustments on January 8, 2018 (the ''2018 Adjustment'')[7] and February 20, 2019 (''2019 Adjustment'').[8]

A CMP is defined in relevant part as any penalty, fine, or other sanction that: (1) Is for a specific amount, or has a maximum amount, as provided by federal law; and (2) is assessed or enforced by an agency in an administrative proceeding or by a federal court pursuant to federal law.[9] This definition applies to the monetary penalty provisions contained in four statutes administered by the Commission: The Securities Act, the Exchange Act, the Investment Company Act, and the Investment Advisers Act. In addition, the Sarbanes-Oxley Act provides the Public Company Accounting Oversight Board (the ''PCAOB'') authority to levy civil monetary penalties in its disciplinary proceedings pursuant to 15 U.S.C. 7215(c)(4)(D).[10] The definition of a CMP in the Inflation Adjustment Act encompasses such civil monetary penalties.[11]

### II. Adjusting the Commission's Penalty Amounts for Inflation

This Notice sets forth the annual inflation adjustment required by the 2015 Act for all CMPs under the Securities Act, the Exchange Act, the Investment Company Act, and the Investment Advisers Act, and certain civil monetary penalties under the Sarbanes-Oxley Act.

Pursuant to the 2015 Act, the penalty amounts in the 2019 Adjustment are adjusted for inflation by increasing them by the percentage change between the Consumer Price Index for all Urban Consumers (''CPI–U'') for October 2018

---

[1] Public Law 114–74 Sec. 701, 129 Stat. 599–601 (Nov. 2, 2015), codified at 28 U.S.C. 2461 note.

[2] Public Law 101–410, 104 Stat. 890–892 (1990), codified at 28 U.S.C. 2461 note.

[3] Public Law 104–134, Title III, § 31001(s)(1), 110 Stat. 1321–373 (1996), codified at 28 U.S.C. 2461 note.

[4] See Release Nos. 33–7361, 34–37912, IA–1596, IC–22310, dated November 1, 1996 (effective December 9, 1996), previously found at 17 CFR 201.1001 and Table I to Subpart E of Part 201; Release Nos. 33–7946, 34–43897, IA–1921, IC–24846, dated January 31, 2001 (effective February 2, 2001), previously found at 17 CFR 201.1002 and Table II to Subpart E of Part 201; Release Nos. 33–8530, 34–51136, IA–2348, IC–26748, dated February 9, 2005 (effective February 14, 2005), previously found at 17 CFR 201.1003 and Table III to Subpart E of Part 201; Release Nos. 33–9009, 34–59449, IA–2845, IC–28635, dated February 25, 2009 (effective March 3, 2009), previously found at 17 CFR 201.1004 and Table IV to Subpart E of Part 201; and Release Nos. 33–9387, 34–68994, IA–3557, IC–30408, dated February 27, 2013 (effective March 5, 2013), previously found at 17 CFR 201.1005 and Table V to Subpart E of Part 201. The penalty amounts contained in these releases have now been consolidated into Table I to 17 CFR 201.1001.

[5] 28 U.S.C. 2461 note Sec. 4.

[6] Release Nos. 33–10276; 34–79749; IA–4599; IC–32414 (effective Jan. 18, 2017).

[7] Release Nos. 33–10451; 34–82455; IA–4842; IC–32963 (effective Jan. 15, 2018).

[8] Release Nos. 33–10604; 34–85118; IA–5111; IC–33373 (effective Jan. 15, 2019). The publication of the 2019 Adjustment in the **Federal Register** was delayed due to operation of the Antideficiency Act during the absence of an appropriations bill to fund federal government programs between December 22, 2018 and January 25, 2019.

[9] 28 U.S.C. 2461 note Sec. 3(2).

[10] 15 U.S.C. 7215(c)(4)(D).

[11] The Commission may by order affirm, modify, remand, or set aside sanctions, including civil monetary penalties, imposed by the PCAOB. *See* Section 107(c) of the Sarbanes-Oxley Act of 2002, 15 U.S.C. 7217. The Commission may enforce such orders in federal district court pursuant to Section 21(e) of the Exchange Act. As a result, penalties assessed by the PCAOB in its disciplinary proceedings are penalties ''enforced'' by the Commission for purposes of the Inflation Adjustment Act. *See Adjustments to Civil Monetary Penalty Amounts,* Release No. 33–8530 (Feb. 4, 2005) [70 FR 7606 (Feb. 14, 2005)].

Exhibit 3 Page 22

and the October 2019 CPI–U.[12] OMB has provided its calculation of this multiplier (the ''CPI–U Multiplier'') to agencies.[13] The new penalty amounts are determined by multiplying the amounts in the 2019 Adjustment by the CPI–U Multiplier and then rounding to the nearest dollar.

For example, the CMP for certain insider trading violations by controlling persons under Exchange Act Section 21A(a)(3)[14] was readjusted for inflation as part of the 2019 Adjustment to $2,103,861. To determine the new CMP under this provision, the Commission multiplies this amount by the CPI–U

Multiplier of 1.01764, and rounds to the nearest dollar. Thus, the new CMP for Exchange Act Section 21A(a)(3) is $2,140,973.

Below is the Commission's calculation of the new penalty amounts for the penalties it administers:

| U.S. code citation | Civil monetary penalty description | 2019 Adjustment penalty amounts | CPI–U multiplier | 2020 Adjusted penalty amounts |
|---|---|---|---|---|
| 15 U.S.C. 77h–1(g) (Securities Act Sec. 8A(g)). | For natural person ................................................ | $8,671 | 1.01764 | $8,824 |
| | For any other person ............................................ | 86,718 | 1.01764 | 88,248 |
| | For natural person/fraud ....................................... | 86,718 | 1.01764 | 88,248 |
| | For any other person/fraud ................................... | 433,591 | 1.01764 | 441,240 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 173,437 | 1.01764 | 176,496 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 838,275 | 1.01764 | 853,062 |
| 15 U.S.C. 77t(d) (Securities Act Sec. 20(d)). | For natural person ................................................ | 9,472 | 1.01764 | 9,639 |
| | For any other person ............................................ | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ....................................... | 94,713 | 1.01764 | 96,384 |
| | For any other person/fraud ................................... | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 78u(d)(3) (Exchange Act Sec. 21(d)(3)). | For natural person ................................................ | 9,472 | 1.01764 | 9,639 |
| | For any other person ............................................ | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ....................................... | 94,713 | 1.01764 | 96,384 |
| | For any other person/fraud ................................... | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 78u–1a(a)(3) (Exchange Act Sec. 21A(a)(3)). | Insider Trading—controlling person .......................... | 2,103,861 | 1.01764 | 2,140,973 |
| 15 U.S.C. 78u–2 (Exchange Act Sec. 21B). | For natural person ................................................ | 9,472 | 1.01764 | 9,639 |
| | For any other person ............................................ | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ....................................... | 94,713 | 1.01764 | 96,384 |
| | For any other person/fraud ................................... | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 78ff(b) (Exchange Act Sec. 32(b)). | Exchange Act/failure to file information documents, reports. | 559 | 1.01764 | 569 |
| 15 U.S.C. 78ff(c)(1)(B) (Exchange Act Sec. 32(c)(1)(B)). | Foreign Corrupt Practices—any issuer ..................... | 21,039 | 1.01764 | 21,410 |
| 15 U.S.C. 78ff(c)(2)(B) (Exchange Act Sec. 32(c)(2)(B)). | Foreign Corrupt Practices—any agent or stock-holder acting on behalf of issuer. | 21,039 | 1.01764 | 21,410 |
| 15 U.S.C. 80a–9(d) (Investment Company Act Sec. 9(d)). | For natural person ................................................ | 9,472 | 1.01764 | 9,639 |
| | For any other person ............................................ | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ....................................... | 94,713 | 1.01764 | 96,384 |
| | For any other person/fraud ................................... | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 80a–41(e) (Investment Company Act Sec. 42(e)). | For natural person ................................................ | 9,472 | 1.01764 | 9,639 |
| | For any other person ............................................ | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ....................................... | 94,713 | 1.01764 | 96,384 |

---

[12] 28 U.S.C. 2461 note Sec. 5.

[13] Office of Management and Budget, *Implementation of Penalty Inflation Adjustments for 2020, Pursuant to the Federal Civil Penalties*

*Inflation Adjustment Act Improvements Act of 2015* (December 16, 2019), available at *https://www.whitehouse.gov/wp-content/uploads/2019/12/M-20-05.pdf.* This multiplier represents the

percentage increase between the October 2018 CPI–U and the October 2019 CPI–U, plus 1.

[14] 15 U.S.C. 78u–1(a)(3).

Exhibit 3 Page 23

| U.S. code citation | Civil monetary penalty description | 2019 Adjustment penalty amounts | CPI–U multiplier | 2020 Adjusted penalty amounts |
|---|---|---|---|---|
| | For any other person/fraud ........................................ | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 80b–3(i) (Investment Advisers Act Sec. 203(i)). | For natural person ..................................................... | 9,472 | 1.01764 | 9,639 |
| | For any other person ................................................. | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ........................................... | 94,713 | 1.01764 | 96,384 |
| | For any other person/fraud ........................................ | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 80b–9(e) (Investment Advisers Act Sec. 209(e)). | For natural person ..................................................... | 9,472 | 1.01764 | 9,639 |
| | For any other person ................................................. | 94,713 | 1.01764 | 96,384 |
| | For natural person/fraud ........................................... | 94,713 | 1.01764 | 96,384 |
| | For any other person/fraud ........................................ | 473,566 | 1.01764 | 481,920 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 189,427 | 1.01764 | 192,768 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 947,130 | 1.01764 | 963,837 |
| 15 U.S.C. 7215(c)(4)(D)(i) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(i)). | For natural person ..................................................... | 139,483 | 1.01764 | 141,943 |
| | For any other person ................................................. | 2,789,675 | 1.01764 | 2,838,885 |
| 15 U.S.C. 7215(c)(4)(D)(ii) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(ii)). | For natural person ..................................................... | 1,046,128 | 1.01764 | 1,064,582 |
| | For any other person ................................................. | 20,922,558 | 1.01764 | 21,291,632 |

Pursuant to the 2015 Act and 17 CFR 201.1001, the adjusted penalty amounts in this Notice (and all penalty adjustments performed pursuant to the 2015 Act) apply to penalties imposed after the date the adjustment is effective for violations that occurred after November 2, 2015, the 2015 Act's enactment date. These penalty amounts supersede the amounts in the 2018 Adjustment.[15] For violations that occurred on or before November 2, 2015, the penalty amounts in Table I to 17 CFR 201.1001 continue to apply.[16]

By the Commission.

Dated: January 8, 2020.

**Vanessa A. Countryman,**

*Secretary.*

[FR Doc. 2020–00306 Filed 1–10–20; 8:45 am]

**BILLING CODE 8011–01–P**

---

[15] The penalty amounts in this Notice are being published in the **Federal Register** and will not be added to the Code of Federal Regulations in accordance with the 2015 Act and 17 CFR 201.1001(b). *See* 28 U.S.C. 2461 note Sec. 4(a)(2); 17 CFR 201.1001(b). In addition to being published in the **Federal Register**, the penalty amounts in this Notice will be made available on the Commission's website at *https://www.sec.gov/enforce/civil-penalties-inflation-adjustments.htm*, as detailed in 17 CFR 201.1001(b). This website also lists the penalty amounts for violations that occurred on or before November 2, 2015.

[16] 17 CFR 201.1001(a).

## SECURITIES AND EXCHANGE COMMISSION

[Release No. 34–87901; File No. SR–NYSEArca–2020–04]

**Self-Regulatory Organizations; NYSE Arca, Inc.; Notice of Filing and Immediate Effectiveness of Proposed Rule Change To Amend the NYSE Arca Options Fee Schedule Regarding the Floor Broker Prepayment Program**

January 7, 2020.

Pursuant to Section 19(b)(1)[1] of the Securities Exchange Act of 1934 ("Act")[2] and Rule 19b–4 thereunder,[3] notice is hereby given that on January 2, 2020, NYSE Arca, Inc. ("NYSE Arca" or "Exchange") filed with the Securities and Exchange Commission ("Commission") the proposed rule change as described in Items I, II, and III below, which Items have been prepared by the self-regulatory organization. The Commission is publishing this notice to solicit comments on the proposed rule change from interested persons.

### I. Self-Regulatory Organization's Statement of the Terms of Substance of the Proposed Rule Change

The Exchange proposes to amend the NYSE Arca Options Fee Schedule ("Fee Schedule") regarding the Floor Broker Prepayment Program. The Exchange proposes to implement the fee change effective January 2, 2020. The proposed rule change is available on the Exchange's website at *www.nyse.com,* at the principal office of the Exchange, and at the Commission's Public Reference Room.

### II. Self-Regulatory Organization's Statement of the Purpose of, and Statutory Basis for, the Proposed Rule Change

In its filing with the Commission, the self-regulatory organization included statements concerning the purpose of, and basis for, the proposed rule change and discussed any comments it received on the proposed rule change. The text of those statements may be examined at the places specified in Item IV below. The Exchange has prepared summaries, set forth in sections A, B, and C below, of the most significant parts of such statements.

---

[1] 15 U.S.C. 78s(b)(1).

[2] 15 U.S.C. 78a.

[3] 17 CFR 240.19b–4.

Exhibit 3 Page 24

# EXHIBIT 4

Exhibit 4 Page 25

**2716** Federal Register / Vol. 86, No. 8 / Wednesday, January 13, 2021 / Notices

investors, or otherwise in furtherance of the purposes of the Act. If the Commission takes such action, the Commission shall institute proceedings under Section 19(b)(2)(B)[26] of the Act to determine whether the proposed rule change should be approved or disapproved.

## IV. Solicitation of Comments

Interested persons are invited to submit written data, views, and arguments concerning the foregoing, including whether the proposed rule change is consistent with the Act. Comments may be submitted by any of the following methods:

*Electronic Comments*

• Use the Commission's internet comment form (*http://www.sec.gov/rules/sro.shtml*); or

• Send an email to *rule-comments@sec.gov.* Please include File Number SR–NYSE–2020–108 on the subject line.

*Paper Comments*

• Send paper comments in triplicate to Secretary, Securities and Exchange Commission, 100 F Street NE, Washington, DC 20549–1090.

All submissions should refer to File Number SR–NYSE–2020–108. This file number should be included on the subject line if email is used. To help the Commission process and review your comments more efficiently, please use only one method. The Commission will post all comments on the Commission's internet website (*http://www.sec.gov/rules/sro.shtml*). Copies of the submission, all subsequent amendments, all written statements with respect to the proposed rule change that are filed with the Commission, and all written communications relating to the proposed rule change between the Commission and any person, other than those that may be withheld from the public in accordance with the provisions of 5 U.S.C. 552, will be available for website viewing and printing in the Commission's Public Reference Room, 100 F Street NE, Washington, DC 20549, on official business days between the hours of 10:00 a.m. and 3:00 p.m. Copies of the filing also will be available for inspection and copying at the principal office of the Exchange. All comments received will be posted without change. Persons submitting comments are cautioned that we do not redact or edit personal identifying information from comment submissions. You should submit only information that you wish

to make available publicly. All submissions should refer to File Number SR–NYSE–2020–108, and should be submitted on or before February 3, 2021.

For the Commission, by the Division of Trading and Markets, pursuant to delegated authority.[27]

**J. Matthew DeLesDernier,**
*Assistant Secretary.*
[FR Doc. 2021–00465 Filed 1–12–21; 8:45 am]
**BILLING CODE 8011–01–P**

---

## SECURITIES AND EXCHANGE COMMISSION

**[Release Nos. 33–10918; 34–90874; IA–5664; IC–34166]**

## Adjustments to Civil Monetary Penalty Amounts

**AGENCY:** Securities and Exchange Commission.

**ACTION:** Annual inflation adjustment of civil monetary penalties.

**SUMMARY:** The Securities and Exchange Commission (the "Commission") is publishing this notice (the "Notice") pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015 (the "2015 Act"). This Act requires all agencies to annually adjust for inflation the civil monetary penalties that can be imposed under the statutes administered by the agency and publish the adjusted amounts in the **Federal Register**. This Notice sets forth the annual inflation adjustment of the maximum amount of civil monetary penalties ("CMPs") administered by the Commission under the Securities Act of 1933, the Securities Exchange Act of 1934 (the "Exchange Act"), the Investment Company Act of 1940, the Investment Advisers Act of 1940, and certain penalties under the Sarbanes-Oxley Act of 2002. These amounts are effective beginning on January 15, 2021, and will apply to all penalties imposed after that date for violations of the aforementioned statutes that occurred after November 2, 2015.

**FOR FURTHER INFORMATION CONTACT:**
Stephen M. Ng, Senior Special Counsel, Office of the General Counsel, at (202) 551–7957, or Hannah W. Riedel, Senior Counsel, Office of the General Counsel, at (202) 551–7918.

**SUPPLEMENTARY INFORMATION:**

## I. Background

This Notice is being published pursuant to the 2015 Act,[1] which

amended the Federal Civil Penalties Inflation Adjustment Act of 1990 (the "Inflation Adjustment Act").[2] The Inflation Adjustment Act previously had been amended by the Debt Collection Improvement Act of 1996 (the "DCIA")[3] to require that each federal agency adopt regulations at least once every four years that adjust for inflation the CMPs that can be imposed under the statutes administered by the agency. Pursuant to this requirement, the Commission previously adopted regulations in 1996, 2001, 2005, 2009, and 2013 to adjust the maximum amount of the CMPs that could be imposed under the statutes the Commission administers.[4]

The 2015 Act replaces the inflation adjustment formula prescribed in the DCIA with a new formula for calculating the inflation-adjusted amount of CMPs. The 2015 Act requires that agencies use this new formula to re-calculate the inflation-adjusted amounts of the penalties they administer on an annual basis and publish these new amounts in the **Federal Register** by January 15 of each year.[5] The Commission previously published the first annual adjustment required by the 2015 Act on January 6, 2017 (the "2017 Adjustment").[6] As part of the 2017 Adjustment, the Commission promulgated 17 CFR 201.1001(a) and Table I to Subsection 1001, which lists the penalty amounts for all violations that occurred on or before November 2, 2015. For violations occurring after November 2, 2015, Subsection 1001(b) provides that the applicable penalty amounts will be adjusted annually based on the formula set forth in the 2015 Act. Subsection 1001(b) further provides that these adjusted amounts will be published in

---

[26] 15 U.S.C. 78s(b)(2)(B).

[27] 17 CFR 200.30–3(a)(12).

[1] Public Law 114–74 Sec. 701, 129 Stat. 599–601 (Nov. 2, 2015), codified at 28 U.S.C. 2461 note.

[2] Public Law 101–410, 104 Stat. 890–892 (1990), codified at 28 U.S.C. 2461 note.

[3] Public Law 104–134, Title III, § 31001(s)(1), 110 Stat. 1321–373 (1996), codified at 28 U.S.C. 2461 note.

[4] *See* Release Nos. 33–7361, 34–37912, IA–1596, IC–22310, dated November 1, 1996 (effective December 9, 1996), previously found at 17 CFR 201.1001 and Table I to Subpart E of Part 201; Release Nos. 33–7946, 34–43897, IA–1921, IC–24846, dated January 31, 2001 (effective February 2, 2001), previously found at 17 CFR 201.1002 and Table II to Subpart E of Part 201; Release Nos. 33–8530, 34–51136, IA–2348, IC–26748, dated February 9, 2005 (effective February 14, 2005), previously found at 17 CFR 201.1003 and Table III to Subpart E of Part 201; Release Nos. 33–9009, 34–59449, IA–2845, IC–28635, dated February 25, 2009 (effective March 3, 2009), previously found at 17 CFR 201.1004 and Table IV to Subpart E of Part 201; and Release Nos. 33–9387, 34–68994, IA–3557, IC–30408, dated February 27, 2013 (effective March 5, 2013), previously found at 17 CFR 201.1005 and Table V to Subpart E of Part 201. The penalty amounts contained in these releases have now been consolidated into Table I to 17 CFR 201.1001.

[5] 28 U.S.C. 2461 note Sec. 4.

[6] Release Nos. 33–10276; 34–79749; IA–4599; IC–32414 (effective Jan. 18, 2017).

Exhibit 4 Page 26

the **Federal Register** and on the Commission's website. The Commission subsequently published annual adjustments on January 8, 2018 (the "2018 Adjustment"),[7] February 20, 2019 ("2019 Adjustment"),[8] and January 8, 2020 (the "2020 Adjustment").[9]

A CMP is defined in relevant part as any penalty, fine, or other sanction that: (1) Is for a specific amount, or has a maximum amount, as provided by federal law; and (2) is assessed or enforced by an agency in an administrative proceeding or by a federal court pursuant to federal law.[10] This definition applies to the monetary penalty provisions contained in four statutes administered by the Commission: The Securities Act, the Exchange Act, the Investment Company Act, and the Investment Advisers Act. In addition, the Sarbanes-Oxley Act provides the Public Company Accounting Oversight Board (the "PCAOB") authority to levy civil monetary penalties in its disciplinary proceedings pursuant to 15 U.S.C. 7215(c)(4)(D).[11] The definition of a CMP in the Inflation Adjustment Act encompasses such civil monetary penalties.[12]

## II. Adjusting the Commission's Penalty Amounts for Inflation

This Notice sets forth the annual inflation adjustment required by the 2015 Act for all CMPs under the Securities Act, the Exchange Act, the Investment Company Act, and the Investment Advisers Act, and certain civil monetary penalties under the Sarbanes-Oxley Act.

Pursuant to the 2015 Act, the penalty amounts in the 2020 Adjustment are adjusted for inflation by increasing them by the percentage change between the Consumer Price Index for all Urban Consumers ("CPI–U") for October 2019 and the October 2020 CPI–U.[13] OMB has provided its calculation of this multiplier (the "CPI–U Multiplier") to agencies.[14] The new penalty amounts are determined by multiplying the amounts in the 2020 Adjustment by the CPI–U Multiplier and then rounding to the nearest dollar.

For example, the CMP for certain insider trading violations by controlling persons under Exchange Act Section 21A(a)(3)[15] was readjusted for inflation as part of the 2020 Adjustment to $2,140,973. To determine the new CMP under this provision, the Commission multiplies this amount by the CPI–U Multiplier of 1.01182, and rounds to the nearest dollar. Thus, the new CMP for Exchange Act Section 21A(a)(3) is $2,166,279.

Below is the Commission's calculation of the new penalty amounts for the penalties it administers:

| U.S. code citation | Civil monetary penalty description | 2020 adjustment penalty amounts | CPI–U multiplier | 2021 adjusted penalty amounts |
|---|---|---:|---:|---:|
| 15 U.S.C. 77h–1(g) (Securities Act Sec. 8A(g)). | For natural person ................................................. | $8,824 | 1.01182 | $8,928 |
| | For any other person ........................................... | 88,248 | 1.01182 | 89,291 |
| | For natural person/fraud ..................................... | 88,248 | 1.01182 | 89,291 |
| | For any other person/fraud .................................. | 441,240 | 1.01182 | 446,455 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 176,496 | 1.01182 | 178,582 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 853,062 | 1.01182 | 863,145 |
| 15 U.S.C. 77t(d) (Securities Act Sec. 20(d)). | For natural person ................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ........................................... | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ..................................... | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................. | 481,920 | 1.01182 | 487,616 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 78u(d)(3) (Exchange Act Sec. 21(d)(3)). | For natural person ................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ........................................... | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ..................................... | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................. | 481,920 | 1.01182 | 487,616 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 78u–1a(3) (Exchange Act Sec. 21A(a)(3)). | Insider Trading—controlling person ........................... | 2,140,973 | 1.01182 | 2,166,279 |
| 15 U.S.C. 78u–2 (Exchange Act Sec. 21B). | For natural person ................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ........................................... | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ..................................... | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................. | 481,920 | 1.01182 | 487,616 |

[7] Release Nos. 33–10451; 34–82455; IA–4842; IC–32963 (effective Jan. 15, 2018).

[8] Release Nos. 33–10604; 34–85118; IA–5111; IC–33373 (effective Jan. 15, 2019). The publication of the 2019 Adjustment in the **Federal Register** was delayed due to operation of the Antideficiency Act during the absence of an appropriations bill to fund federal government programs between December 22, 2018 and January 25, 2019.

[9] Release Nos. 33–10740; 34–87905; IA–5428; IC–33740 (effective Jan. 15, 2020).

[10] 28 U.S.C. 2461 note Sec. 3(2).

[11] 15 U.S.C. 7215(c)(4)(D).

[12] The Commission may by order affirm, modify, remand, or set aside sanctions, including civil monetary penalties, imposed by the PCAOB. *See* Section 107(c) of the Sarbanes-Oxley Act of 2002, 15 U.S.C. 7217. The Commission may enforce such orders in federal district court pursuant to Section 21(e) of the Exchange Act. As a result, penalties assessed by the PCAOB in its disciplinary proceedings are penalties "enforced" by the Commission for purposes of the Inflation Adjustment Act. *See Adjustments to Civil Monetary Penalty Amounts,* Release No. 33–8530 (Feb. 4, 2005) [70 FR 7606 (Feb. 14, 2005)].

[13] 28 U.S.C. 2461 note Sec. 5.

[14] Office of Management and Budget, *Implementation of Penalty Inflation Adjustments for 2021, Pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015* (December 23, 2020), available at *https://www.whitehouse.gov/wp-content/uploads/2020/12/M-21-10.pdf.* This multiplier represents the percentage increase between the October 2019 CPI–U and the October 2020 CPI–U, plus 1.

[15] 15 U.S.C. 78u–1(a)(3).

Exhibit 4 Page 27

| U.S. code citation | Civil monetary penalty description | 2020 adjustment penalty amounts | CPI–U multiplier | 2021 adjusted penalty amounts |
|---|---|---|---|---|
| | For natural person/fraud/substantial losses or risk of losses to others. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 78ff(b) (Exchange Act Sec. 32(b)). | Exchange Act/failure to file information documents, reports. | 569 | 1.01182 | 576 |
| 15 U.S.C. 78ff(c)(1)(B) (Exchange Act Sec. 32(c)(1)(B)). | Foreign Corrupt Practices—any issuer ........................ | 21,410 | 1.01182 | 21,663 |
| 15 U.S.C. 78ff(c)(2)(B) (Exchange Act Sec. 32(c)(2)(B)). | Foreign Corrupt Practices—any agent or stock-holder acting on behalf of issuer. | 21,410 | 1.01182 | 21,663 |
| 15 U.S.C. 80a–9(d) (Investment Company Act Sec. 9(d)). | For natural person .................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ............................................. | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ........................................ | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................... | 481,920 | 1.01182 | 487,616 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 80a–41(e) (Investment Company Act Sec. 42(e)). | For natural person .................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ............................................. | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ........................................ | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................... | 481,920 | 1.01182 | 487,616 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 80b–3(i) (Investment Advisers Act Sec. 203(i)). | For natural person .................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ............................................. | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ........................................ | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................... | 481,920 | 1.01182 | 487,616 |
| | For natural person/fraud/substantial losses or risk of losses to others or gains to self. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others or gain to self. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 80b–9(e) (Investment Advisers Act Sec. 209(e)). | For natural person .................................................. | 9,639 | 1.01182 | 9,753 |
| | For any other person ............................................. | 96,384 | 1.01182 | 97,523 |
| | For natural person/fraud ........................................ | 96,384 | 1.01182 | 97,523 |
| | For any other person/fraud .................................... | 481,920 | 1.01182 | 487,616 |
| | For natural person/fraud/substantial losses or risk of losses to others. | 192,768 | 1.01182 | 195,047 |
| | For any other person/fraud/substantial losses or risk of losses to others. | 963,837 | 1.01182 | 975,230 |
| 15 U.S.C. 7215(c)(4)(D)(i) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(i)). | For natural person .................................................. | 141,943 | 1.01182 | 143,621 |
| | For any other person ............................................. | 2,838,885 | 1.01182 | 2,872,441 |
| 15 U.S.C. 7215(c)(4)(D)(ii) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(ii)). | For natural person .................................................. | 1,064,582 | 1.01182 | 1,077,165 |
| | For any other person ............................................. | 21,291,632 | 1.01182 | 21,543,299 |

Pursuant to the 2015 Act and 17 CFR 201.1001, the adjusted penalty amounts in this Notice (and all penalty adjustments performed pursuant to the 2015 Act) apply to penalties imposed after the date the adjustment is effective for violations that occurred after November 2, 2015, the 2015 Act's enactment date. These penalty amounts supersede the amounts in the 2020 Adjustment.[16] For violations that occurred on or before November 2, 2015, the penalty amounts in Table I to 17 CFR 201.1001 continue to apply.[17]

By the Commission.

Dated: January 8, 2021.

**J. Matthew DeLesDernier,**

*Assistant Secretary.*

[FR Doc. 2021–00528 Filed 1–12–21; 8:45 am]

**BILLING CODE 8011–01–P**

---

[16] The penalty amounts in this Notice are being published in the **Federal Register** and will not be added to the Code of Federal Regulations in accordance with the 2015 Act and 17 CFR 201.1001(b). *See* 28 U.S.C. 2461 note Sec. 4(a)(2); 17 CFR 201.1001(b). In addition to being published in the **Federal Register**, the penalty amounts in this Notice will be made available on the Commission's website at *https://www.sec.gov/enforce/civil-penalties-inflation-adjustments.htm,* as detailed in

---

17 CFR 201.1001(b). This website also lists the penalty amounts for violations that occurred on or before November 2, 2015.

[17] 17 CFR 201.1001(a).

## DEPARTMENT OF STATE

[Public Notice 11289]

**Secretary of State's Determinations under the International Religious Freedom Act of 1998 and Frank R. Wolf International Religious Freedom Act of 2016**

The Secretary Of State's Designation Of ''Countries Of Particular Concern'' And ''Special watch list'' countries for religious freedom violations pursuant to Section 408(a) of the International Religious Freedom Act of 1998 (Pub. L. 105–292), as amended (the Act), notice is hereby given that, on December 2, 2020, the Secretary of State, under authority delegated by the President, has designated each of the following as

Exhibit 4 Page 28