# EXHIBIT 7

Exhibit 7 Page 67

| | | |
|---|---|---|
| 1 | Patrick Jevon Johnson | ] |
| 2 | Pjohnson364@gmail.com | ] |
| 3 | Patrick Johnson | ] |
| 4 | PATRICK JOHNSON | ] |
| | 1409 South Lamar Suite 816 | |
| 5 | Dallas, Texas | ] |
| 6 | Zip Code Exempt, (DMSR 122.32) | ] |
| | Non-Domestic, Real Land North America | Alleged Case No. 2:20-cv-08985 |
| 7 | Alleged Defendant | ] |
| 8 | vs. | ] |
| 9 | | ]  **CONDITIONAL ACCEPTANCE** |
| 10 | U.S. SECURITIES AND EXCHANGE COMMISSION,SECURITIES AND | ]  **OF SEC OFFER TO ANSWER** |
| 11 | EXCHANGE COMMISSION, Michael R. of the | ]  **THE INTERROGATOERIES** |
| 12 | Sew Hoy House, MICHAEL R. SEW HOY (Cal. Bar No. 243391), Roberto A. of the Tercero | ] |
| 13 | House, ROBERTO A. TERCERO (Cal. Bar No. | ] |
| 14 | 143760), Manuel of the Vazquez House, MANUEL VAZQUEZ (Cal. Bar No. 295576), | ] |
| 15 | Michele Wein Layne, Regional Director, | ] |
| 16 | Katherine E. Zoladz, Associate  Regional Director, Amy J. Longo, Regional Trail Counsel | ] |
| 17 | 350 W 1st Street, Suite 4311 | ] |
| 18 | Los Angeles, CA 90012-4565 Alleged Plaintiff | ] |
| 19 | | ] |
| 20 | | ] |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

I conditionally accept your offer to compel my answers to your interrogatories. When the conditions and all demands listed below are met I will answer you interrogatories within 30 calendar days of receipt of the documents I herein demand.

1. Answer my interrogatories completely, sign them with a wet blue ink autograph and return them to me with your answers by 14 July 2021, 5:00 PM CST.

2. Answer Frank Ojogwa Ekejija's interrogatories completely, sign them with a wet blue ink autograph and return them to Frank Ojogwa Ekejija with your answers by 14 July 2021, 5:00 PM CST.

3. Deliver to the address of Patrick Jevon Johnson and Frank Ojogwa Ekejija by 14 July 2021, 5:00 PM CST certified copies of the signed and sworn statements pursuant to the Foreign Agent Registration Act of 1938 of the following foreign agents:

    1. Michael R. Sew Hoy
    2. Roberto Tercero
    3. Manuel Vazquez

4. Show in writing the following and deliver to me via certified mail by 14 July 2021, 5:00 PM CST.

    1. Who the injured party (ies) is
    2. How they were injured
    3. Describe in detail what the injuries were
    4. Describe how much the injuries were in USD

5. As the Plaintiff(s) deliver to me and Frank Ojogwa Ekejija in writing the following via certified mail by 14 July 2021, 5:00 PM CST.

1. Explain how and why you are the injured party as the plaintiff according to your Securities Exchange Act of 1934 Rule § 10(b),

2. Explain how, according to 45 Section 10(b) of the Act, the SEC is not committing fraud by:

    (a) employing an artifice to defraud, i.e., the SEC is an entity created by a federal corporation and not the united States of America Republic and therefore a fully disclosed contract is required but does not exist,

    (b) making an untrue statement of a material fact, i.e., the SEC as the Plaintiff actually suffered no losses nor received any allegations regarding damages and therefore were seeking remedy under false pretense, or omitting to state a material fact, i.e., the attorneys for the SEC have secretly created entities and gave them names that are remarkably like the alleged defendants

    (c) engaging in any act or practice that would operate as a fraud or deceit, in connection with the purchase or sale of a security, i.e., the attorneys for the SEC are using deceptive practices to try and force self-incriminating and economically damaging contracts onto the alleged defendants.

5. Deliver fruit meet for repentance for your gross violations and beseech the [court] to remove all strikes from documents filed by Patrick Jevon Johnson, Frank Ojogwa Ekejija, NVC FUNDS, LLC and all alleged DEFENDANTS so that our demands for justice will be justly and equally heard and heeded by the [court] regarding CASE No. 2:20-cv-08985.

To justifiably hold NVC FUNDS, LLC, PDXP, VICT, etc or Patrick Jevon Johnson, Frank Ojogwa Ekejija or Charles Everett liable for securities fraud, SEC and its attorneys and agents use Rule 10(b)5, under which the SEC as plaintiff **must show**:

1) that a material statement or omission was made verbally or in writing,

2) that the statement was made with knowledge or intent to mislead

3) that the SEC, its attorneys and agents' decision to buy or sale a security was informed or influenced that statement,

4) that the SEC, its attorneys and agents' relied on the statement,

5) that the SEC, its attorneys and agents' suffered economic loss, and

6) the SEC, its attorneys and agents' must show both loss causation and damages, which are the two elements related to actual harm.

Loss causation requires the SEC, its attorneys and agents' as the plaintiff to show that the misrepresentation actually resulted in the SEC's, its attorneys and agents' loss—a proximate cause requirement. This level of deceit is repugnant to the Constitutions for the United States of America republic and is a decisive violations of the Clean Hands Doctrine.

1  In good faith, to demonstrate my willingness to participate in fair and equitable
2  proceedings I will answer one of your interrogatories. In your FIRST SET of
3  interrogatories, you presented the interrogatory, "State all facts supporting your assertion
4  that "the SEC … have unclean hands…". See page 5 of [PLAINTIFF] SECURITIES
5  AND EXCHANGE COMMISSION'S FIRST SET OF INTERROGATORIES TO
6  DEFENDANT PATRICK JEVON JOHNSON, lines 20 – 24.
7      My answer and response to this specific interrogatory is my truth, so help me God, and
8  is as follows:
9      *"The clean hands doctrine is based on the maxim of equity that states that one "who*
10  *comes into equity must come with clean hands." This doctrine requires the court to*
11  *deny equitable relief to a party who has violated good faith with respect to the subject of*
12  *the claim. The purpose of the doctrine is to prevent a party from obtaining relief when*
13  *that party's own wrongful conduct has made it such that granting the relief would be*
14  *against good conscience. It is an affirmative defense that the defendant may claim."*
15      The SEC, its attorneys and agents are demanding unjust enrichment in the form of
16  equity by demanding penalties for a salvo of allegations. The SEC, its attorneys and
17  agents are seeking relief by attempting to convince the [court] that economic remedy or
18  civil penalties will remediate losses incurred by the SEC, its attorneys and agents at the
19  hands of the Patrick Johnson, Frank Ekejija and the alleged defendants. The SEC, its
20  attorneys and agents are not deserving of any relief because they have not fully disclosed
21  their status, i.e., B.A.R. Attorneys are foreign agent to the United States of America

1. (major), the SEC, its attorneys and agents lack a valid contract and they also lack proof that they are the injured party, which is a violation of good faith with respect to the subject of the complaint. The SEC, its attorneys and agents have also willfully and deceitfully failed to disclose that the only way these actions can take place lawfully is there must be a valid, fully disclosed contract entered into by all parties and the consummation of said contract must be made knowingly, willingly and voluntarily by all parties.

The purpose of the Clean Hands Doctrine is to prevent the SEC, its attorneys and agents as plaintiffs from obtaining relief when they are engaged in deceitful and thus wrongful conduct. This has made it such that granting the SEC, its attorneys and agents relief would be against good conscience. This is my affirmative defense that I the alleged defendant may claim, particularly since there is neither injured party.

For the specific dishonorable acts committed by the SEC, its attorneys and agents, the claims tendered by Patrick Jevon Johnson, Frank Ojogwa Ekejija and NVC FUNDS, LLC must be honored.

If these conditions are not met by 14 July 2021, 5:00 PM CST, the SEC, its attorneys and agents agree to drop any and all actions against all DEFENADANTS, Defendants and defendants allegedly connected with CASE No. 2:20-cv-08985 and honor the demands of the claims tendered by Patrick Jevon Johnson, Frank Ojogwa Ekejija and NVC FUNDS, LLC.

Neither Patrick Jevon Johnson, Frank Ojogwa Ekejija nor NVC FUNDS, LLC nor any part of our estates consents to any of the SEC's charges against our lives and estates. If there are any legitimate charges they are against entities the SEC, its attorneys and agents created and therefore the SEC, its attorneys and agents are responsible for the settlement of those charges.

30 June 2021  
Dated

/s/ *Patrick Jevon Johnson*  
Patrick Jevon Johnson  
Alleged Defendant